DREW KONING (263082) (drew@kzllp.com)
BLAKE ZOLLAR (268913) (blake@kzllp.com)
SHAUN PAISLEY (244377) (shaun@kzllp.com)

**KONING ZOLLAR LLP**
2210 Encinitas Blvd. STE S
Encinitas, CA 92024
Telephone:  (858) 252-3235
Facsimile:    (858) 252-3238

Attorneys for Plaintiff
GLOBAL VENTU HOLDING B.V.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Defendants. | Case No.: 3:19-cv-01018-DMS-LL <br><br> **CORPORATE DISCLOSURE STATEMENT** |

   Global Ventu Holding B.V. states that it has no parent corporation, and there is no publicly held corporation owning 10% or more of its stock.

| | | |
|---|---|---|
| 1 | Dated: May 31, 2019 | KONING ZOLLAR LLP |
| 2 | | |
| 3 | | */s/ Drew Koning* |
| 4 | | |
| 5 | | DREW KONING (263082) |
| 6 | | (drew@kzllp.com) |
| 7 | | BLAKE ZOLLAR (268913) (blake@kzllp.com) |
| 8 | | SHAUN PAISLEY (244377) |
| 9 | | (shaun@kzllp.com) |
| 10 | | |
| 11 | | Attorneys for Plaintiff GLOBAL VENTU HOLDING B.V. |