Civil Action No. 19cv1018-DMS-LL          Date Issued: 5/31/19

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* ZEETOGROUP, LLC

was received by me on *(date)* 5/31/2019 .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of the individual)* Chris Park (VP of Accounting), who is designated by law to accept service of process on behalf of *(name of organization)* ZEETOGROUP, LLC on *(date)* 6/4/2019 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 69.90 for travel and $ 0 for services, for a total of $ 69.90 .

I declare under penalty of perjury that this information is true.

Date: 6/4/2019

*Server's Signature*

Adrian Villegas #1226 / Process Server
*Printed name and title*

c/o American Messenger Service, Inc.
420 Spruce Street, Suite B, San Diego, CA 92103
*Server's address*

---

**NOTICE OF RIGHT TO CONSENT TO TRIAL BY A UNITED STATES MAGISTRATE JUDGE**

IN ACCORDANCE WITH THE PROVISION OF 28 USC 636(C) YOU ARE HEREBY NOTIFIED THAT A U.S. MAGISTRATE JUDGE OF THIS DISTRICT MAY, UPON CONSENT OF ALL PARTIES, CONDUCT ANY OR ALL PROCEEDINGS, INCLUDING A JURY OR NON-JURY TRIAL, AND ORDER THE ENTRY OF A FINAL JUDGMENT.

YOU SHOULD BE AWARE THAT YOUR DECISION TO CONSENT OR NOT CONSENT IS ENTIRELY VOLUNTARY AND SHOULD BE COMMUNICATED SOLELY TO THE CLERK OF COURT. ONLY IF ALL PARTIES CONSENT WILL THE JUDGE OR MAGISTRATE JUDGE WHOM THE CASE HAS BEEN ASSIGNED BE INFORMED OF YOUR DECISION.

JUDGMENTS OF THE U.S. MAGISTRATE JUDGES ARE APPEALABLE TO THE U.S. COURT OF APPEALS IN ACCORDANCE WITH THIS STATUTE AND THE FEDERAL RULES OF APPELLATE PROCEDURE.

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and Address): | Telephone No.: 858 252-3235 | | FOR COURT USE ONLY |
|---|---|---|---|
| Drew Koning<br>Koning Zollar LLP<br>2210 Encinitas Blvd, Suite S<br>Encinitas, CA 92024 | | | |
| ATTORNEY FOR (NAME): Plaintiff | Ref. No. or File No.<br>Global Ventu | | |

Insert name of court, judicial district or branch court, if any:
United States District Court
Southern District of California
333 West Broadway
San Diego, CA 92101

PLAINTIFF:
GLOBAL VENTU HOLDING B.V.

DEFENDANT
ZEETOGROUP, LLC, et al

| **DECLARATION OF DILIGENCE** | CASE NUMBER<br>19cv1018-DMS-LL |
|---|---|

AT THE TIME OF DILIGENCE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION. I ATTEMPTED PERSONAL SERVICE ON THE FOLLOWING DATES AND TIMES WITH THE FOLLOWING RESULTS:

**SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET**

ON: ZEETOGROUP, LLC

ADDRESS, CITY AND STATE: 925 B Street, 5th Floor
San Diego, CA 92101

Friday 5/31/2019 at 2:08 pm – 925 B Street, 5th Floor, San Diego, CA 92101 – Per Jizzer (Asian, male, 30, 5'6", 250 lbs), not in nobody authorized to accept.

Monday 6/3/2019 at 3:20 pm – 925 B Street, 5th Floor, San Diego, CA 92101 – No one came out, they told me they were going to send an email, no one showed up.

Tuesday 6/4/2019 at 9:15 am – 925 B Street, 5th Floor, San Diego, CA 92101 – Per Chris Park, Elizabeth doesn't work here anymore. Served – Chris Park (VP of Accounting) – Person Authorized to Accept

Additional Costs for diligence are recoverable under CCP 1033.5(a)(4)(B)

FEE FOR SERVICE: $69.90
Registered California Process Server
County: San Diego
**Registration No.** 1226
American Messenger Service, Inc.
420 Spruce Street, Suite B
San Diego, CA 92103
(619) 278-0891

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **Tuesday, June 04, 2019**

Signature: _____
Adrian Villegas