Scott E. Rahn (Cal. Bar No. 222528)
rahns@rmolawyers.com
Sean D. Muntz (Cal. Bar No. 223549)
muntzs@rmolawyers.com
David G. Greco (Cal. Bar No. 299635)
grecod@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA  90067
Telephone: (424) 320-9444
Facsimile: (424) 320-9445

Attorneys for Plaintiff,
Global Ventu Holding B.V.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.<br><br>Plaintiff,<br><br>vs.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Defendants. | Case No.: 3:19-cv-01018-DMS-LL<br><br>**MOTION FOR SUBSTITUTION OF ATTORNEY FOR PLAINTIFF GLOBAL VENTU HOLDING B.V.** |

Plaintiff Global Ventu Holding B.V. ("Plaintiff") hereby moves the Court for an order substituting Sean D. Muntz of RMO LLP in the place of Drew Koning of Koning Zollar LLP as attorney for Plaintiff. The grounds for issuance of this order are that Plaintiff intends to and does substitute Sean D. Muntz as its attorney of record in this action.

**WHEREFORE**, Plaintiff requests that the Court enter the Consent Order Granting the Substitution of Attorney.

DATED: July 10, 2019

**RMO LLP**

 /s/ *Sean D. Muntz*
Scott E. Rahn
Sean D. Muntz
David G. Greco
Attorneys for Plaintiff,
Global Ventu Holding B.V.