| Global Ventu Holding B.V. | CONSENT ORDER GRANTING |
| Plaintiff(s), | SUBSTITUTION OF ATTORNEY |
| V. | |
| Zeetogroup LLC, et al. Defendant(s), | CASE NUMBER: 3:19-cv-01018-DMS-LL |

Notice is hereby given that, subject to approval by the court, Plaintiff, Global Ventu Holding B.V. substitutes
(Party (s) Name)

Sean D. Muntz, Esq. , State Bar No. 223549 as counsel of record in
(Name of New Attorney)

place of   Drew Koning, Esq. of Koning Zollar LLP
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: RMO LLP
Address: 2029 Century Park East, Suite 2910, Los Angeles, CA 90067
Telephone: 424-320-9444    Facsimile
E-Mail (Optional): muntzs@rmolawyers.com

I consent to the above substitution.

Date: 07/03/2019

(Signature of Party (s))
Andrew Koning

I consent to being substituted.

Date:1019    7/2/2019

(Signature of Former Attorney(s))

I consent to the above substitution.

Date: 07-03-2019    /s/ Sean Muntz

(Signature of New Attorney)
Sean D. Muntz, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date: 7-15-19

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]