# UNITED STATES DISTRICT COURT

for the

Southern District of California

| | | |
|---|---|---|
| Global Ventu Holding B.V. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:19-cv-01018-DMS-LL |
| Zeetogroup LLC, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Global Ventu Holding B.V.                                                                                      .

Date:        07/22/2019

/s/ David Gerald Greco
*Attorney's signature*

David Gerald Greco, Bar #299635
*Printed name and bar number*

RMO LLP
2029 Century Park East, Suite 2910
Los Angeles, CA 90067

*Address*

grecod@rmolawyers.com
*E-mail address*

(619) 323-3201
*Telephone number*

*FAX number*