# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. | Case No. 19-cv-1018 DMS (LL) <br><br> **ORDER FOLLOWING TELEPHONIC CONFERENCE** |

A telephonic conference was held on August 13, 2019. David Greco appeared for Plaintiff Global Ventu Holding B.V. Jacob Gillick appeared for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC. After consulting with counsel, Plaintiff is ordered to file a First Amended Complaint within ten (10) days of this Order.

**IT IS SO ORDERED.**

Dated: August 13, 2019

Hon. Dana M. Sabraw
United States District Judge