1 | Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
2 | Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
3 | David G. Greco (SBN 299635)
grecod@rmolawyers.com
4 | **RMO LLP**
2029 Century Park East, Suite 2910
5 | Los Angeles, CA 90067
Phone: (424) 320-9444
6 |

7 | Attorneys for Plaintiff
GLOBAL VENTU HOLDING B.V.
8 |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| GLOBAL VENTU HOLDING B.V., | Case No.: 19-CV-1018 DMS LL |
|---|---|
| Plaintiff, | **NOTICE OF WITHDRAWAL OF FIRST AMENDED COMPLAINT [DOC. NO. 12]** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, | |
| Defendants. | |

## **NOTICE OF WITHDRAWAL**

This is notice that on August 23 2019, Plaintiff filed a First Amended Complaint that contained minor typographical errors. (Doc. No. 12.)

Plaintiff thus withdraws Document No. 12.

Plaintiff filed a corrected First Amended Complaint (Doc. No. 14) on August 23, 2019 correcting those mistakes and making no other changes.


Dated: August 26, 2019     RMO LLP


*/s/ David Greco*

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
RMO LLP
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

*Global Ventu Holding B.V. vs. Zeetogroup, LLC, et al.*
USDC, Southern District, Case No.: 3:19-CV-01018-DMS-LL

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action. I am employed by RMO LLP, whose business and service address is: 2029 Century Park East, Suite 2910, Los Angeles, CA 90067.

On **August 26, 2019**, I served the within document(s) described as:

**NOTICE OF WITHDRAWAL OF FIRST AMENDED COMPLAINT [DOC. NO. 12]**

on the interested parties in this action as follows:

Christopher S. Morris, Esq.
Jacob A. Gillick, Esq.
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: 619.826.8060
Fax: 619.826.8065
Email: morris@morrislawfirmapc.com
Email: jgillick@morrislawfirmapc.com
***Attorneys for Defendants,***
***Zeetogroup, LLC, Samples.com, LLC,***
***And Tibrio, LLC***

(**FEDERAL**) I declare under penalty of perjury that I am employed in the office of a member of the bar of this Court at whose direction the service was made and by causing the document to be served via the Court's ECF Filing System.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 26, 2019**.

                                          */s/ Jennifer J. Vogel*
                                          JENNIFER J. VOGEL