Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>　　　　　　Defendants. | Case No. 19cv1018 DMS LL<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**<br><br>Date:　　October 25, 2019<br>Time:　　1:30 p.m.<br>Dept:　　13A<br>Judge:　 Hon. Dana M. Sabraw |

1

DEFENDANTS' NOTICE OF MOTION TO DISMISS　　　　　　19cv1018 DMS LL

| | |
|---|---|
| 1 | TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD: |
| 2 | PLEASE TAKE NOTICE that on October 25, 2019, at 1:30 p.m., Defendants move this Court for an order to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure rule 12(b)(6) on grounds that the complaint fails to state claims upon which relief can be granted. |

This motion is based upon this notice, the supporting memorandum of points and authorities, as well as the documents in the Court's file and upon other such oral arguments, if ordered by the Court, and documentary evidence as may be presented at the hearing of this matter.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated: September 24, 2019

*s/ Jacob A. Gillick*
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC