Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone:  (619) 826-8060
Facsimile:  (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| GLOBAL VENTU HOLDING B.V., | Case No. 19cv1018 DMS LL |
|---|---|
| Plaintiff, | **DECLARATION OF JACOB A. GILLICK IN SUPPORT OF DEFENDANTS' REPLY POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | |
| Defendants. | Date:    October 25, 2019<br>Time:    1:30 p.m.<br>Dept:    13A<br>Judge:   Hon. Dana M. Sabraw |

1

DECLARATION ON REPLY TO MOTION TO DISMISS           19cv1018 DMS LL

I, Jacob A. Gillick, declare as follows:

1. I am an Associate Attorney with Morris Law Firm, APC and represent Plaintiffs ZeetoGroup, LLC, ("Zeeto") and Tibrio, LLC ("Tibrio") I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. Attached hereto as "Exhibit 1" is an e-mail chain between Plaintiff and Defendants' counsel regarding receipt of the First Amended Complaint. The 12(b)(6) motion was timely filed.

I declare under penalty of perjury, under the law of The United States of California that the foregoing is true and correct. Executed this 18th day of October, 2019, in San Diego, California.

*s/ Jacob A. Gillick*
Jacob A. Gillick

# **INDEX OF EXHIBITS TO DECLARATION OF JACOB A. GILLICK IN SUPPORT OF DEFENDANTS' REPLY POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FRCP 12(B)(6)**

| Exhibit | Description | Pages |
|---|---|---|
| 1 | E-mail Chain With Plaintiff's Counsel | 4-6 |

EXHIBIT 1

# Jacob Gillick

| | |
|---|---|
| **From:** | David Greco <grecod@rmolawyers.com> |
| **Sent:** | Tuesday, September 3, 2019 12:23 PM |
| **To:** | Jacob Gillick |
| **Cc:** | Leanna Pierce |
| **Subject:** | RE: Global Ventu Holding, B.V. v. Zeetogroup, LLC, et al. - Case No. 19cv1018 DMS LL |
| **Attachments:** | 2019-08-23 FILED Docment 14-2 Exhibit B to First Amended Complaint; Global Ventu.pdf; 2019-08-23 FILED Document 14 FILED First Amended Complaint; Global Ventu.pdf; 2019-08-23 FILED Document 14-1 Exhibit A to First Amended Complaint; Global Ventu.pdf |

Great re: electronic service.
If you could include service@rmolawyers.com on all served items, that would be great.

This week is jammed up for me, I have an appeal brief due on Friday. How's next week?

Attached is a copy of the amended complaint that was filed through CMECF last week.

--
DAVID GRECO
Associate Attorney
RMO LLP
O 619.323.3200 | D 619.323.3201
grecod@rmolawyers.com | www.rmolawyers.com
Los Angeles | Orange County | San Diego | Kansas City | Miami

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Tuesday, September 3, 2019 11:13 AM
**To:** David Greco <grecod@rmolawyers.com>
**Cc:** Leanna Pierce <lpierce@morrislawfirmapc.com>
**Subject:** RE: Global Ventu Holding, B.V. v. Zeetogroup, LLC, et al. - Case No. 19cv1018 DMS LL

Hi David,

Thank you for your e-mail.

We are amenable to electronic service. I am available this week for a conference, please let me know what works for you. I have not received a copy of the amended complaint. Would you mind sending, please?

Thank you!

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review,

use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** David Greco [mailto:grecod@rmolawyers.com]
**Sent:** Thursday, August 29, 2019 9:12 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Subject:** Global Ventu Holding, B.V. v. Zeetogroup, LLC, et al. - Case No. 19cv1018 DMS LL

Good Morning Counsel:

Three things on this case –

1: Is your office amendable to electronic service (via email) of items that are not filed on the CMECF system (e.g., discovery)? If so, is an email stipulation sufficient or would you like a formal stipulation on pleading paper?

2: Do you have availability next week or the following for a Rule 26(f) conference?

3: I assume you have seen the amended complaint. Do Defendants plan to file a 12(b)(6)?

Thanks.

--
DAVID GRECO
Associate Attorney
RMO LLP
O 619.323.3200 | D 619.323.3201
grecod@rmolawyers.com | www.rmolawyers.com
Los Angeles | Orange County | San Diego | Kansas City | Miami