# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. | Case No. 19-cv-1018 DMS (LL) <br><br> **ORDER RE: ORAL ARGUMENT** |

Defendants' motion to dismiss is currently scheduled for hearing on October 25, 2019. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the October 25, 2019 hearing is vacated.

**IT IS SO ORDERED**.

Dated: October 21, 2019

Hon. Dana M. Sabraw
United States District Judge