Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>　　　　　　Defendants. | Case No. 19cv1018 DMS LL<br><br>**JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Dept:　　13A<br>Judge:　　Hon. Dana M. Sabraw |

The parties, through their respective attorneys of record, jointly move the Court for an extending time for Defendants to file a response pleading.

1. On December 11, 2019, the Court issued an order denying Defendants' Motion to Dismiss. [Dkt # 21.]

2. Per Federal Rules of Civil Procedure, Rule 12(a)(4)(A) Defendants' responsive pleading is due on December 24, 2019.

3. The parties agree to extend time for Defendants to file a responsive pleading to January 8, 2020.

**MORRIS LAW FIRM, APC**

Dated: December 24, 2019        *s/ Jacob A. Gillick*_____
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC

**RMO LLP**

Dated: December 24, 2019        *s/ David Greco*_____
David Greco, Esq.
grecod@rmolawyers.com
Attorneys for Plaintiff Global Ventu Holding, B.V.

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David Greco, counsel for Plaintiff Global Ventu Holding, B.V. and that I have obtained Mr. Greco's authorization to affix his electronic signature to this document.

Dated: December 24, 2019        *s/ Jacob A. Gillick*_____
Jacob A. Gillick, Esq.