UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>    Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>    Defendants. | Case No. 19cv1018 DMS LL<br><br>**ORDER DENYING JOINT MOTION TO EXTEND TIME FOR DEFENDANTS TO FILE RESPONSIVE PLEADING**<br><br>Dept:    13A<br>Judge:  Hon. Dana M. Sabraw |

This case comes before the Court on the parties' joint motion for an extension of time for Defendants to file a responsive pleading. The parties have not shown good cause for the requested extension. Accordingly, the joint motion is denied.

**IT IS SO ORDERED**.

Dated: December 26, 2019

Hon. Dana M. Sabraw
United States District Judge