# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.**   19cv1018 DMS LL

GLOBAL VENTU HOLDING B.V.,
Plaintiff

v.

ZEETOGROUP, LLC,
SAMPLES.COM, LLC, AND
TIBRIO, LLC
Defendants


ZEETOGROUP, LLC,
SAMPLES.COM, LLC, AND
TIBRIO, LLC
Cross-Complainants

v.

GLOBAL VENTU HOLDING B.V.,
ALEX ANDEBEEK, an individual;
and ROES 1 through 50, inclusive
Cross-Defendants