# UNITED STATES DISTRICT COURT
for the
Southern District of California 

| | |
|---|---|
| Global Ventu Holding B.V. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 3:19-cv-01018-DMS-LL |
| Zeetogroup LLC, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, Global Ventu Holding B.V.

Date: 01/07/2020

/s/ JESSICA C. COVINGTON
*Attorney's signature*

Jessica C. Covington, Bar # 301816
*Printed name and bar number*
RMO LLP
2029 Century Park East, Suite 2910
Los Angeles, CA 90067

*Address*

covingtonj@rmolawyers.com
*E-mail address*

(424) 320-9444
*Telephone number*

(424) 320-9445
*FAX number*