Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com

**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-Defendant
GLOBAL VENTU HOLDING B.V.

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Defendants. | CASE NO.: 3:19-cv-01018-DMS-LL<br><br>**DECLARATION OF JESSICA C. COVINGTON IN SUPPORT OF CROSS-DEFENDANT GLOBAL VENTU B.V.'S MOTION TO DISMISS CROSS-COMPLAINANTS' THIRD, FOURTH, AND SIXTH CAUSES OF ACTION**<br><br>Date:        February 21, 2020<br>Time:       1:30 p.m.<br>Courtroom: 13A<br><br>Trial:        N/A<br>Case Filed: May 31, 2019<br><br>**Hon. Dana M. Sabraw** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Cross-complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive<br><br>Cross-defendants. | |

I, Jessica C. Covington, declare:

1. I am an attorney with RMO LLP, counsel of record for Plaintiff and Cross-Defendant Global Ventu Holding B.V. ("Global Ventu") in the above-captioned matter. Everything in this declaration is based on my personal knowledge. If called to testify to the contents of this declaration, I could do so competently.

2. On Tuesday, January 14, 2020, counsel for Defendants/Cross-complainants, Jacob Gillick, and I telephonically met and conferred regarding Global Ventu's anticipated motion to dismiss Cross-complainants' third, fourth, and sixth causes of action. Although the conversation was friendly, the parties were unable to come to an agreement, with Mr. Gillick explaining that cross-complainants felt that their third cause of action for intentional interference with prospective economic relations and their fourth cause of action for unfair business practices were valid as pled. With regard to Cross-complainants sixth cause of action, Mr. Gillick conceded that a cause of action for injunctive relief cannot stand alone, but stated that Cross-complainants would not amend their cross-complaint prior to Global Ventu's filing of a motion to dismiss same.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: January 21, 2020           **RMO LLP**

                                                      */s/ Jessica C. Covington*
                                                      Jessica C. Covington
                                                      Attorneys for Plaintiffs