UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC; SAMPLES.COM, LLC; AND TIBRIO, LLC, <br><br> Defendants. | Case No.: 19cv1018 DMS (LL) <br><br> **ORDER DENYING MOTION TO DISMISS** |
| ZEETOGROUP, LLC; SAMPLES.COM, LLC; AND TIBRIO, LLC, <br><br> Cross Complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING, B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive, <br><br> Cross Defendants. | |

In light of Tibrio's Amended Cross-Complaint, the Court denies as moot Global Ventu Holding B.V.'s motion to dismiss.

**IT IS SO ORDERED**.

Dated: February 7, 2020

_____
Hon. Dana M. Sabraw
United States District Judge