# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Defendants. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Cross-complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive <br><br> Cross-defendants. | CASE NO.: 3:19-cv-01018-DMS-LL <br><br> **[PROPOSED] ORDER RE: CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-COMPLAINANTS' FIRST AMENDED CROSS-CLAIM** <br><br> Date:  March 27, 2020 <br> Time:  1:30 p.m. <br> Courtroom:  13A <br><br> Trial:  N/A <br> Case Filed:  May 31, 2019 <br><br> **Hon. Dana M. Sabraw** |

## [Proposed] Order

The Court, having reviewed the filings in support and in opposition of this motion, orders as follows:

<u>Document Number 31</u>.

\_\_\_ All claims and causes of action asserted in this document are dismissed with prejudice.

**IT IS SO ORDERED.**

_____                    _____
Date                                                             Hon. Dana M. Sabraw