```
 1 | Scott E. Rahn, Esq. (SBN 222528)
   | rahns@rmolawyers.com
 2 | Sean D. Muntz, Esq. (SBN 223549)
   | muntzs@rmolawyers.com
 3 | David G. Greco (SBN 299635)
   | grecod@rmolawyers.com
 4 | Jessica C. Covington (SBN 301816)
   | covingtonj@rmolawyers.com
 5 | service@rmolawyers.com
   | **RMO LLP**
 6 | 2029 Century Park East, Suite 2910
   | Los Angeles, CA 90067
 7 | Phone: (424) 320-9444
 8 | Attorneys for Plaintiff and Cross-defendant
   | GLOBAL VENTU HOLDING B.V.
 9 | and Cross-defendant
   | ALEX ANDEBEEK
10 |
```

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., | CASE NO.: 3:19-cv-01018-DMS-LL |
| Plaintiff, | **PLAINTIFF AND CROSS-DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE DEFENDANT ZEETOGROUP, LLC'S ANSWER TO COMPLAINT [DOC. 25]; MEMORANDUM OF POINTS AND AUTHORITIES** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, | Date:    April 3, 2020<br>Time:    1:30 p.m.<br>Courtroom: 13A |
| Defendants. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, | Trial:    N/A<br>Case Filed: May 31, 2019 |
| Cross-complainants, | |
| v. | **Hon. Dana M. Sabraw** |
| GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive | |
| Cross-defendants. | |

---

1

PLAINTIFF & CROSS-DEFENDANTS' NOTICE OF MOTION AND MOTION TO     19-CV-1018 DMS LL
STRIKE DEFENDANT ZEETOGROUP, LLC'S ANSWER [DOC. 25]

# NOTICE

This is notice that that on the below date and time, and the below date and location, Plaintiff and Cross-Defendant Global Ventu Holding B.V. will move the Court for an order striking Defendant ZeetoGroup LLC's Answer [Document 25].

**Date:** April 3, 2020

**Time:** 1:30 p.m., or as soon as the matter may be heard

**Location:** United States District Court – Southern District of California

333 West Broadway, San Diego, CA 92101

Courtroom 13A

This motion is based on this Notice, the concurrently-filed Memorandum of Points and Authorities, Request for Judicial Notice, and Declaration of David Greco, as well as the records and pleadings in this matter, and on such other evidence as may be presented.

Dated: March 2, 2020

**RMO LLP**

*/s/ David Greco*
David Greco (SBN 299635)
grecod@rmolawyers.com

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com
service@rmolawyers.com

2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant GLOBAL VENTU HOLDING B.V. and Cross-defendant ALEX ANDEBEEK

# MEMORANDUM OF POINTS AND AUTHORITIES

## I. ARGUMENT

Federal courts have the inherent power to strike filings. *E.g.*, *Enterprises, Inc. v. Estate of Bishop ex rel. Peters*, 243 Fed. Appx 274, 277-78 (9th Cir. 2007); *Delta Smelt Consol. Cases v. Salazar*, 666 F.Supp.2d 1137, 1146 (E.D. Cal. 2009) (cross-motion filed in violation of court's order stricken); *Angel v.Eldorado Casino, Inc.*, 2008 2008 WL 1914330, *1 n.2 (D. Nev. Apr. 25, 2008) (briefs filed without leave of court stricken); *United States v. One 1964 MG, Serial No. 64GHN3L34408, Wash. License No. DFY 260*, 584 F.2d 889, 890 (9th Cir. 1978) (striking portions of a brief).

California law prohibits a forfeited corporation from exercising any right, power, or privilege, "[e]xcept for the purposes of filing an application for an exempt status or amending the articles of incorporation as necessary either to perfect that application or to set forth a new name." CAL. REV. & TAX. CODE § 23301; *see Zurich American Ins. Co. v. Solvis Staffing Services, Inc.*, 2019 WL 3819501, at *2 (S.D. Cal. Aug. 14, 2019) (HON. THOMAS J. WHELAN).

ZeetoGroup LLC's corporate status is "forfeited," so it is barred from participating in these proceedings. (Ex. A.) Its answer, Document Number 25, should be stricken.

The remaining Defendants should be ordered to file an amended answer omitting ZeetoGroup LLC and making no other changes. *See Rayman v. Peoples Sav. Corp.*, 1989 WL 152533, at *1, n.3 (N.D. Ill. Dec. 4, 1989) (determining that "the appropriate action is to strike the entire pleading" when the offending portions are "so intertwined" with other content that they cannot be separated).

## II. CONCLUSION

Document 25 should be stricken in its entirety. The remaining Defendants should be ordered to file an amended answer omitting ZeetoGroup LLC.

///

///

Dated: March 2, 2020          **RMO LLP**

*/s/ David Greco*
David Greco (SBN 299635)
grecod@rmolawyers.com

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com
service@rmolawyers.com

2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant GLOBAL VENTU HOLDING B.V. and Cross-defendant ALEX ANDEBEEK