| | |
|---|---|
| 1 | Scott E. Rahn, Esq. (SBN 222528)<br>rahns@rmolawyers.com |
| 2 | Sean D. Muntz, Esq. (SBN 223549)<br>muntzs@rmolawyers.com |
| 3 | David G. Greco (SBN 299635)<br>grecod@rmolawyers.com |
| 4 | Jessica C. Covington (SBN 301816)<br>covingtonj@rmolawyers.com |
| 5 | service@rmolawyers.com<br>**RMO LLP** |
| 6 | 2029 Century Park East, Suite 2910<br>Los Angeles, CA 90067 |
| 7 | Phone: (424) 320-9444 |
| 8 | Attorneys for Plaintiff and Cross-defendant<br>GLOBAL VENTU HOLDING B.V. |
| 9 | and Cross-defendant<br>ALEX ANDEBEEK |

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Defendants. | CASE NO.: 3:19-cv-01018-DMS-LL<br><br>**DECLARATION OF DAVID GRECO IN SUPPORT PLAINTIFF AND CROSS-DEFENDANTS' MOTION TO STRIKE DEFENDANT ZEETOGROUP, LLC'S ANSWER [DOC. 25]**<br><br>Date:  April 3, 2020<br>Time:  1:30 p.m.<br>Courtroom:  13A |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Cross-complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive<br><br>Cross-defendants. | Trial:  N/A<br>Case Filed:  May 31, 2019<br><br>**Hon. Dana M. Sabraw** |

DECLARATION OF DAVID GRECO IN SUPPORT PLAINTIFF AND CROSS-DEFENDANTS' MOTION TO STRIKE DEFENDANT ZEETOGROUP, LLC'S ANSWER [DOC. 25]

19-CV-1018 DMS LL

# DECLARATION OF DAVID GRECO

I, David Greco, declare:

1. I am an attorney with RMO LLP. I am licensed to practice in this Court, and in all courts of the State of California. I am counsel of record for Plaintiff/Cross-defendant Global Ventu Holding B.V. and Cross-defendant Alex Andebeek. I base everything in this declaration on my personal knowledge. If called to testify to the contents of this declaration, I could do so competently.

2. **Exhibit A** to this declaration is a true and correct copy of the California Secretary of State Website: Business Search – Entity Detail, for ZeetoGroup LLC, Entity Number 201017310316, which is a Defendant and Cross-complainant in this action. I retrieved this document on February 23, 2020.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

March 2, 2020
DATED

*/s/ David Greco*
DAVID GRECO

# Exhibit A

**Alex Padilla**
**California Secretary of State**


# Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Saturday, February 22, 2020. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## 201017310316    ZEETOGROUP, LLC

| | |
|---|---|
| **Registration Date:** | 06/21/2010 |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN |
| **Status:** | FTB FORFEITED |
| **Agent for Service of Process:** | ELIZABETH CHU<br>925 B STREET 5TH FL<br>SAN DIEGO CA 92101 |
| **Entity Address:** | 925 B STREET 5TH FL<br>SAN DIEGO CA 92101 |
| **Entity Mailing Address:** | 925 B STREET 5TH FL<br>SAN DIEGO CA 92101 |
| **LLC Management** | * |

| Document Type | File Date | PDF |
|---|---|---|
| SI-NO CHANGE | 05/23/2018 | |
| SI-COMPLETE | 12/28/2015 | |
| REGISTRATION | 06/21/2010 | |

* Indicates the information is not contained in the California Secretary of State's database.

**Note:** If the agent for service of process is a corporation, the address of the agent may be requested by ordering a status report.

- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Modify Search    New Search    Back to Search Results