Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Cross-Complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive <br><br> Cross-Defendant. | Case No. 19cv1018 DMS LL <br><br> **JOINT MOTION FOR PROTECTIVE ORDER** <br><br> Dept: 13A <br> Judge: Hon. Dana M. Sabraw |

1
JOINT MOTION FOR PROTECTIVE ORDER                    19cv1018 DMS LL

| | |
|---|---|
| 1 | The parties, through their respective attorneys of record, jointly move the |
| 2 | court for a protective order. The parties respectfully request that Judge Lopez |
| 3 | execute the proposed protective order. |

**MORRIS LAW FIRM, APC**

Dated: March 12, 2020

*s/ Christopher S. Morris*
Christopher S. Morris
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC

**RMO LLP**

Dated: March 12, 2020

*s/ David Greco*
David Greco, Esq.
grecod@rmolawyers.com
Attorneys for Plaintiff Global Ventu Holding, B.V.

Signature Certification:

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to David Greco, counsel for Plaintiff Global Ventu Holding, B.V. and that I have obtained Mr. Greco's authorization to affix his electronic signature to this document.

Dated: March 12, 2020

*s/ Christopher S. Morris*
Christopher S. Morris, Esq.