Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>Defendants. | Case No. 19cv1018 DMS LL<br><br>**NOTICE OF ERRATA TO OPPOSITION TO CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-CLAIM**<br><br>Date: March 27, 2020<br>Time: 1:30 p.m.<br>Dept: 13A<br>Judge: Hon. Dana M. Sabraw |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>Cross-Complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive<br><br>Cross-Defendants. | |

1
ERRATA TO OPPOSITION TO MTD CROSS-CLAIM         19cv1018 DMS LL

| | |
|---|---|
| 1 | On March 13, 2020, Defendants/Cross-Complainants filed their opposition to |
| 2 | Cross-Defendants' Motion to Dismiss Cross-Claim [Dkt. 39]. Submitted with this |
| 3 | filing was the declaration of Shelly Garcia [Dkt. 39-1]. The unsigned declaration |
| 4 | was inadvertently uploaded instead of the executed declaration. Attached hereto as |
| 5 | Exhibit 1 is the executed declaration. The only difference from what was uploaded |
| 6 | and what is attached is the signature of the declarant. |

**MORRIS LAW FIRM, APC**

Dated: March 19, 2020

*s/ Christopher S. Morris*
Christopher S. Morris
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LL

EXHIBIT 1

DocuSign Envelope ID: 24BDB9E4-6B77-4741-866C-D9DEEBC2120B

| | |
|---|---|
| 1 | Christopher S. Morris, Esq., SBN 163188 |
| 2 | cmorris@morrislawfirmapc.com |
|   | Jacob A. Gillick, Esq. 312336 |
| 3 | jgillick@morrislawfirmapc.com |
| 4 | MORRIS LAW FIRM, APC |
|   | 501 West Broadway, Suite 1480 |
| 5 | San Diego, CA 92101 |
| 6 | Telephone:  (619) 826-8060 |
|   | Facsimile:  (619) 826-8065 |

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., | Case No. 19cv1018 DMS LL |
| Plaintiff, | **DECLARATION OF SHELLY GARCIA IN SUPPORT OF OPPOSITION TO CROSS-DEFENDANTS' MOTION TO DISMISS CROSS-CLAIM** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | Date:    March 27, 2020<br>Time:    1:30 p.m.<br>Dept:    13A<br>Judge:   Hon. Dana M. Sabraw |
| Defendants. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | |
| Cross-Complainants, | |
| v. | |
| GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive | |
| Cross-Defendant. | |

1

GARCIA DECLARATION IN OPPO TO MTD                           19cv1018 DMS LL

I, Shelly Garcia, declare as follows:

1. I am a Certified Public Accountant tasked with handling the taxes for ZeetoGroup, LLC, ("Zeeto") a Delaware Limited Liability Corporation with its principal place of business in San Diego, California. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. In 2015, Zeeto had three different tax filing periods due to changes in its corporate status and the issuance of profit interest.

3. The three different filing periods caused problems for Zeeto because the government is not set up for this type of situation.

4. At the time, the Franchise Tax Board ("FTB") would not accept the tax returns as filed. Therefore, I went back-and-forth with the FTB to get everything filed.

5. In 2019, the FTB notified Zeeto that due to issues with the three separate filings, it would be forfeiting Zeeto's status.

6. All issues related to filings and payments have all be resolved and an Application for Reinstatement of Zeeto's status has been submitted.

7. I make regular attempts to have the FTB change its designation on the California Secretary of State's website. However, my efforts have been futile to date.

I declare under penalty of perjury, under the law of the United State of America, that the forgoing is true and correct. Executed this 13th day of March, 2020, in San Diego, California.

Shelly Garcia