Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>Defendants. | Case No. 19cv1018 DMS LL<br><br>**OPPOSITION TO CROSS-DEFENDANTS' MOTION TO STRIKE DEFENDANT ZEETOGROUP, LLC'S ANSWER TO COMPLAINT**<br><br>Date: April 3, 2020<br>Time: 1:30 p.m.<br>Dept: 13A<br>Judge: Hon. Dana M. Sabraw |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>Cross-Complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive<br><br>Cross-Defendants. | |

1

OPPOSITION TO MOTION TO STRIKE ANSWER          19cv1018 DMS LL

# I.
# **INTRODUCTION**

Defendants believe that Plaintiff Global Ventu, BV ("Global Ventu") was coerced into filing suit against Defendants by Tibrio, LLC's ("Tibrio") disgruntled ex-CEO, Josh Ogle. Alex Andebeek ("Andebeek"), the head of Global Ventu, conveniently filed suit against ZeetoGroup, LLC ("Zeeto") and Tibrio months after the alleged breach, while Defendants' revenue was knowingly down, and while the companies were fighting a costly legal battle with Mr. Ogle. During that legal battle, chat logs were discovered where Mr. Ogle indicates that he filed suit against Zeeto with the goal of bankrupting the company so he could buy it up later at a fire-sale price. Defendants believe they will find through discovery here that Mr. Andebeek agreed to support of Mr. Ogle's mission in exchange for compensation.

This plan by Mr. Ogle and Mr. Andebeek backfired as Zeeto survived the trying times and is now focused on defending this suit. In fact, Zeeto has even offered to open its accounts to Andebeek in order to show that nothing improper occurred. Instead of taking Zeeto up on this offer, Andebeek and Global Ventu have filed a Motion to Strike requesting that Zeeto not be allowed to defend itself. As described below, all issues with the Franchise Tax Board have been resolved and Zeeto should be allowed to defend itself.

# II.
# **ARGUMENT**

Plaintiff argues in its Motion to Strike ("MTS") that ZeetoGroup, LLC ("Zeeto") should be "barred from participating in these proceedings" because the Franchise Tax Board ("FTB") has listed Zeeto's status as "forfeited." (Motion to Strike [Dkt. 36], 3:16-17.) As described in the attached Declaration of Zeeto's tax accountant, Shelly Garcia, CPA, Zeeto faced multiple issues and had to file multiple returns in 2015 due to changes in its corporate status. (Declaration of Shelly Garcia, ¶ 2.) These issues caused the FTB to forfeit Zeeto's status in 2019.

(*Id.* at ¶ 5.)  Nonetheless, all issues have all been resolved and Zeeto has filed an Application for Reinstatement with the Franchise Tax Board ("FTB").  (*Id.* at ¶ 6.)  Zeeto is now waiting for the website to reflect the reinstatement.  (*Id.* at ¶ 7.)

To this day, multiple requests have been made to have the Secretary of State website updated.  (*Id.* at ¶ 7.)  However, these efforts have not moved the needle.  Therefore, Zeeto respectfully requests it be allowed to take part in this litigation as the issues with the FTB have been resolved and the only thing pending is an update to the website.

## III.
## CONCLUSION

If Andebeek and Global Ventu's Motion to Strike is granted, it will only cause issues down the road and leave Zeeto at the mercy of the Franchise Tax Board, which took four years to even bring their issues with the 2015 returns to Zeeto's attention.  Therefore, Zeeto respectfully requests that the Motion to Strike be denied.

**MORRIS LAW FIRM, APC**

Dated:  March 20, 2020

   *s/ Christopher S. Morris*
Christopher S. Morris
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LL