# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-CLAIMS. | Case No. 19-cv-1018 DMS (LL) <br><br> **ORDER RE: ORAL ARGUMENT** |

Global Ventu Holding B.V. and Alex Andebeek's motion to dismiss the First Amended Cross-Claim is currently scheduled for hearing on March 27, 2020. The Court has reviewed the parties' briefs, and finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the March 27, 2020 hearing is vacated.

**IT IS SO ORDERED**.
DATED: March 20, 2020

_____
DANA M. SABRAW
United States District Judge