| | |
|---|---|
| 1 | Scott E. Rahn, Esq. (SBN 222528) |
| | rahns@rmolawyers.com |
| 2 | Sean D. Muntz, Esq. (SBN 223549) |
| | muntzs@rmolawyers.com |
| 3 | David G. Greco (SBN 299635) |
| | grecod@rmolawyers.com |
| 4 | Jessica C. Covington (SBN 301816) |
| | covingtonj@rmolawyers.com |
| 5 | service@rmolawyers.com |
| | **RMO LLP** |
| 6 | 2029 Century Park East, Suite 2910 |
| | Los Angeles, CA 90067 |
| 7 | Phone: (424) 320-9444 |
| 8 | Attorneys for Plaintiff and Cross-defendant |
| | GLOBAL VENTU HOLDING B.V. |
| 9 | and Cross-defendant |
| | ALEX ANDEBEEK |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., | CASE NO.: 3:19-cv-01018-DMS-LL |
| Plaintiff, | **CROSS-DEFENDANTS' REPLY IN SUPPORT OF MOTION TO STRIKE DEFENDANT ZEETOGROUP, LLC'S ANSWER [DOC. 25]** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, | Date:        April 3, 2020<br>Time:       1:30 p.m.<br>Courtroom: 13A |
| Defendants. | Trial:         N/A<br>Case Filed: May 31, 2019 |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, | |
| Cross-complainants, | **Hon. Dana M. Sabraw** |
| v. | |
| GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive | |
| Cross-defendants. | |

# REPLY

It is true that courts generally give parties an opportunity to correct their registration with the Secretary of State before barring that party from participating in a lawsuit. However, Cross-complainants' opposition reveals that ZeetoGroup has failed to correct its registration status since 2015. (Doc. 41-1, Decl. of Garcia, at ¶ 2.) Five years is not timely. ZeetoGroup should be barred from participating here.

Document Number 25 should be stricken. The remaining Defendants should be ordered to file an amended answer omitting ZeetoGroup LLC and making no other changes. See *Rayman v. Peoples Sav. Corp.*, 1989 WL 152533, at *1, n.3 (N.D. Ill. Dec. 4, 1989) (determining that "the appropriate action is to strike the entire pleading" when the offending portions are "so intertwined" with other content that they cannot be separated).

Dated: March 23, 2020          **RMO LLP**

*/s/ David Greco*
David Greco (SBN 299635)
grecod@rmolawyers.com

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com
service@rmolawyers.com

2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant GLOBAL VENTU HOLDING B.V. and Cross-defendant ALEX ANDEBEEK