# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-CLAIMS. | Case No. 19-cv-1018 DMS (LL) <br><br> **ORDER RE: ORAL ARGUMENT** |

Global Ventu Holding B.V. and Alex Andebeek's motion to strike Zeetogroup's Answer to the Complaint is currently scheduled for hearing on April 3, 2020. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the April 3, 2020 hearing is vacated.

**IT IS SO ORDERED**.
DATED: March 30, 2020

_____
DANA M. SABRAW
United States District Judge

– 1 –    19-cv-1018 DMS (LL)