1  Christopher S. Morris, Esq., SBN 163188
   cmorris@morrislawfirmapc.com
2  Jacob A. Gillick, Esq. 312336
   jgillick@morrislawfirmapc.com
3  MORRIS LAW FIRM, APC
   501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Telephone: (619) 826-8060
5  Facsimile: (619) 826-8065

6  Attorneys for Defendants Zeetogroup, LLC,
   Samples.com, LLC, and Tibrio, LLC
7

8              UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| 11 | GLOBAL VENTU HOLDING B.V., | Case No. 19cv1018 DMS LL |
|---|---|---|
| 12 | Plaintiff, | **DECLARATION OF JACOB A. GILLICK IN SUPPORT OF DEFENDANTS' MOTION FOR LEAVE TO PROPOUND DISCOVERY IN EXCESS OF THE LIMITS SET FORTH IN THE LOCAL RULES OF COURT** |
| 13 | v. | |
| 14 | ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | |
| 15 | | |
| 16 | Defendants. | |
| 17 | ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | Dept: 2140 |
| 18 | | Judge: Hon. Linda Lopez |
| 19 | Cross-Complainants, | |
| 20 | v. | |
| 21 | GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive | |
| 22 | | |
| 23 | Cross-Defendants. | |

24
25
26
27
28

1

DECLARATION FOR ADDITIONAL DISCOVERY                    19cv1018 DMS LL

I, Jacob A. Gillick, declare as follows:

1. I am an Associate Attorney with Morris Law Firm, APC and represent Defendants/Cross-Complainants ZeetoGroup, LLC, ("Zeeto") and Tibrio, LLC ("Tibrio"). I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. The addition of 43 special interrogatories are not being requested for any improper purposes, such as to harass the party, or the attorney for the party, to whom they are directed, or to cause unnecessary delay or needless increase in the cost of litigation.

I declare under penalty of perjury, under the law of the state of California, that the foregoing is true and correct. Executed this 30th day of March 2020, in San Diego, California.

_____
Jacob A. Gillick