UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>                          Plaintiff,<br>v.<br>ZEETOGROUP, LLC, et al.,<br><br>                         Defendants. | Case No.: 19cv1018-DMS-LL<br><br>**ORDER REQUIRING RESPONSE** |
| ZEETOGROUP, LLC, et al.,<br><br>                         Cross-Complainants,<br>v.<br>GLOBAL VENTU HOLDING B.V., et al.,<br><br>                         Cross-Defendants. | |

      Currently pending before this Court is Defendants' "Motion for Leave to Propound Discovery in Excess of the Limits Set Forth in the Local Rules." ECF No. 46. Plaintiff shall file either a response to Defendants' motion or a notice of non-opposition on or before **April 13, 2020**.

      If Plaintiff chooses to file a response, the response **shall not exceed seven pages in length.** No reply briefs shall be filed unless requested by the Court. Upon completion of

the briefing, the Court will take the matter under submission pursuant to Civil Local Rule 7.1(d)(1) and **no personal appearances will be required.**

    **IT IS SO ORDERED.**

Dated: April 2, 2020

Honorable Linda Lopez
United States Magistrate Judge