Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com
service@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant
GLOBAL VENTU HOLDING B.V.
and Cross-defendant
ALEX ANDEBEEK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Defendants. | CASE NO.: 3:19-cv-01018-DMS-LL <br><br> **PLAINTIFF GLOBAL VENTU HOLDING B.V. & CROSS-DEFENDANT ALEX ANDEBEEK'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO PROPOUND DISCOVERY IN EXCESS OF THE LIMITS SET FORTH IN THE LOCAL RULES OF COURT** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Cross-complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive <br><br> Cross-defendants. | Trial: N/A <br> Case Filed: May 31, 2019 <br><br> Judge: Hon. Dana M. Sabraw <br> Magistrate: Hon. Linda Lopez |

PLAINTIFF GLOBAL VENTU HOLDING B.V. & CROSS-DEFENDANT ALEX ANDEBEEK'S OPPOSITION TO DEFENDANTS' MOTION FOR ADDT'L DISC.

19-CV-1018 DMS LL

## OPPOSITION

Moving parties could have asked to expand the number of interrogatories allowed by the Federal Rules of Civil Procedure during the parties Rule 26(f) conference. They did not. (Greco Decl. ¶ 2.) They did not meet and confer on this issue, or provide any notice that they would be seeking this relief, in violation of Local Rule 26.1(a). (Greco Decl. ¶ 3.)

Further, moving parties have issued discovery responses that contained nothing but objections—objections that were copy-pasted and contained state court law, rather than law applicable to federal disputes. (Ex. B.) Those responses arrived via mail on February 6, 2020, despite that the proof of service showed a mailing date of January 27, 2020. (Ex. C.) The envelope in which the discovery was delivered somehow contains no postmark. (Ex. D.) And until April 9 2020, moving parties had not produced even a single document during this litigation, despite that they promised to do so with their initial disclosures, in January. (Greco Decl. ¶ 3; Ex. A.) Their counsel claims otherwise, but that claim is false. (Ex. H; Greco Decl. ¶ 3.)

These tactics are not new for moving parties' counsel. This Court—specifically, this Magistrate Judge—has sanctioned moving parties' counsel for discovery misconduct before. (Request for Judicial Notice; Exs E-F.) Other judges in this District have also attempted to curb moving parties' counsel's discovery misconduct, apparently to no avail. (Request for Judicial Notice; Ex. G.)

This backdrop makes clear that moving parties should not be entitled to more discovery requests. If the Court is nevertheless inclined to grant moving parties' motion, it should do so only with the following caveats: (1) moving parties will be granted no further expansions of available discovery; and (2) opposing parties are entitled to a commensurate increase in the discovery that they may propound.

///

///

///

Dated: April 10, 2020                    **RMO LLP**

                                                                   ***/s/ David Greco***
                                                                   David Greco (SBN 299635)
                                                                   grecod@rmolawyers.com

                                                                   Scott E. Rahn, Esq. (SBN 222528)
                                                                   rahns@rmolawyers.com
                                                                   Sean D. Muntz, Esq. (SBN 223549)
                                                                   muntzs@rmolawyers.com
                                                                   Jessica C. Covington (SBN 301816)
                                                                   covingtonj@rmolawyers.com
                                                                   service@rmolawyers.com

                                                                   2029 Century Park East, Suite 2910
                                                                   Los Angeles, CA 90067
                                                                   Phone: (424) 320-9444

                                                                   Attorneys for Plaintiff and
                                                                   Cross-defendant
                                                                   GLOBAL VENTU HOLDING B.V.
                                                                   and Cross-defendant
                                                                   ALEX ANDEBEEK

2

PLAINTIFF GLOBAL VENTU HOLDING B.V. & CROSS-DEFENDANT ALEX                19-CV-1018 DMS LL
ANDEBEEK'S OPPOSITION TO DEFENDANTS' MOTION FOR ADDT'L DISC.