Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com
service@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant
GLOBAL VENTU HOLDING B.V.
and Cross-defendant
ALEX ANDEBEEK

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Defendants. | CASE NO.: 3:19-cv-01018-DMS-LL <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF GLOBAL VENTU HOLDING B.V. & CROSS-DEFENDANT ALEX ANDEBEEK'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO PROPOUND DISCOVERY IN EXCESS OF THE LIMITS SET FORTH IN THE LOCAL RULES OF COURT** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Cross-complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive <br><br> Cross-defendants. | Trial:        N/A <br> Case Filed:   May 31, 2019 <br><br> Judge: Hon. Dana M. Sabraw <br> Magistrate: Hon. Linda Lopez |

# REQUEST FOR JUDICIAL NOTICE

In support of their opposition, Global Ventu Holding B.V. and Alex Andebeek request the Court take judicial notice of the following materials under FEDERAL RULE OF EVIDENCE 201. "The court may judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." FED. R. EVID. 201(b). The court . . . must take judicial notice if a party requests it and the court is supplied with the necessary information. FED. R. EVID. 201(c)(2).

The items to be judicially noticed are referred to with their exhibit number.

| **ITEMS TO BE JUDICIALLY NOTICED** | | |
|---|---|---|
| **Ex.** | **Exhibit** | **Relevance** |
| E | ORDER GRANTING IN PART DEFENDANT CORRECTIONAL PHYSICIANS MEDICAL GROUP, INC.'S MOTION FOR SANCTIONS FOR VIOLATION OF THE PROTECTIVE ORDER, ECF No. 132, from Case No. 16CV1974-BEN-LL, in the United States District Court for the Southern District of California. | Discovery misconduct. |
| F | Westlaw document available at 2019 WL 1901084, "ORDER AWARDING REASONABLE ATTORNEYS' FEES," from Case No. 16CV1974-BEN-LL, in the United States District Court for the Southern District of California. | Discovery misconduct. |
| G | Lexis Nexis document available at 2016 U.S. Dist. LEXIS 187886, "ORDER GRANTING MOTION TO QUASH," from Southern District of California Case No. 12-CV-589-CAB-DHB, *Walters v. City of San Diego*, dated October 25, 2016. | Discovery misconduct. |

/ / /

/ / /

/ / /

/ / /

| | |
|---|---|
| Dated: April 10, 2020 | **RMO LLP** |

*/s/ David Greco*
David Greco (SBN 299635)
grecod@rmolawyers.com

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com
service@rmolawyers.com

2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant
GLOBAL VENTU HOLDING B.V.
and Cross-defendant
ALEX ANDEBEEK