UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>                                Plaintiff,<br>v.<br>ZEETOGROUP, LLC, et al.,<br>                              Defendants. | Case No.: 19cv1018-DMS-LL<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER, REQUIRING SUBMISSION OF JOINT NOTICE OF COMPLIANCE, AND RESETTING FOLLOW-UP TELEPHONIC STATUS CONFERENCE** |
| ZEETOGROUP, LLC, et al.,<br>                              Cross-Complainants,<br>v.<br>GLOBAL VENTU HOLDING B.V., et al.,<br>                              Cross-Defendants. | |

Currently before the Court is Defendants and Cross Complainants ZeetoGroup, LLC, Samples.com, LLC and Tibrio, LLC's Motion for Leave to Propound Discovery in Excess of the Limits Set Forth in the Local Rules [ECF No. 46] ("Mot.") and Plaintiff and Cross-Defendant Global Ventu Holding B.V. ("Global Ventu")'s Opposition [ECF No. 50] ("Opp.").

After reviewing the Parties' briefs, the Court finds it appropriate to **ORDER** the Parties to meet and confer telephonically[1] regarding Defendants/Cross Complainants' request by **April 17, 2020**. Counsel for the Parties shall file a joint notice certifying they complied with the meet and confer requirement by **April 20, 2020.** The joint notice should set forth the results of the Parties' meet and confer efforts and **should not exceed five pages in length**.

In light of the pendency of Defendant/Cross Complainant's request, the Court also finds it appropriate to **VACATE** the attorneys-only telephonic conference currently set for April 14, 2020 at 11:30 a.m. and **RESETS** it to **May 19, 2020** at **11:30 a.m.**

**IT IS SO ORDERED.**

Dated: April 13, 2020

Honorable Linda Lopez
United States Magistrate Judge

---

[1] Under no circumstances may counsel satisfy the "meet and confer" obligation by written correspondence.