Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>Defendants.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>Cross-Complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive<br><br>Cross-Defendants. | Case No. 19cv1018 DMS LL<br><br>**DEFENDANTS/CROSS-COMPLAINANTS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-COMPLAINT**<br><br>Date:  May 29, 2019<br>Time:  1:30 p.m.<br>Dept:  13A<br>Judge:  Hon. Dana M. Sabraw |

TO: ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on May 29, 2019, at 1:30 p.m., Defendants move this Court for an order for leave to file a Second Amended Cross-Complaint.

This motion is based upon this notice, the supporting memorandum of points and authorities, as well as the documents in the Court's file and upon other such oral arguments, if ordered by the Court, and documentary evidence as may be presented at the hearing of this matter.

Respectfully submitted,

**MORRIS LAW FIRM, APC**

Dated: April 17, 2020

*s/ Christopher S. Morris*
Christopher S. Morris
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC