Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
Jessica C. Covington (SBN 301816)
covingtonj@rmolawyers.com

**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-Defendant
GLOBAL VENTU HOLDING B.V.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Defendants. | CASE NO.: 3:19-cv-01018-DMS-LL <br><br> **REQUEST FOR ENTRY OF DEFAULT AS TO DEFENDANT/CROSS-COMPLAINANT ZEETOGROUP, LLC; DECLARATION OF JESSICA C. COVINGTON** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Cross-complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive <br><br> Cross-defendants. | **Hon. Dana M. Sabraw** |

1 | To the Clerk of the above-entitled Court:

2 | Plaintiff Global Ventu Holding B.V. hereby requests that the Clerk of the above-entitled Court enter default in this matter against Zeetogroup, LLC (hereinafter, "Defendant") on the grounds that Defendant has failed to properly appear or otherwise respond to Global Ventu's First Amended Complaint ("FAC") within the time prescribed by the Federal Rules of Civil Procedure.

Copies of the Initial Complaint and Summons were served on Defendant on May 31, 2019 pursuant to Fed. R. Civ. P. 4(h)(1)(B). (*See* ECF No. 4.) On August 23, 2019, Global Ventu filed a First Amended Complaint (ECF No. 14) and on September 24, 2019, Defendant filed a Motion to Dismiss the FAC (ECF No. 16).

Defendant's Motion to Dismiss was denied on December 11, 2019 (ECF No. 21) and Defendant filed an Answer to the FAC on December 30, 2019 (ECF No. 25). However, on April 21, 2020, the Court struck Defendant's Answer because its corporate status has been forfeited. (*See* Docket No. 54, pg. 8.)

To date, Defendant has no responsive pleading on file as required by the Federal Rules of Civil Procedure. Accordingly, entry default against Defendant ZeetoGroup, LLC is appropriate.

Dated: April 21, 2020

**RMO LLP**

*/s/ Jessica C. Covington*
Scott E. Rahn
Sean D. Muntz
David G. Greco
Jessica C. Covington
Attorneys for Plaintiff
Global Ventu Holding B.V.

# **DECLARATION OF JESSICA C. COVINGTON**

I, Jessica C. Covington, declare:

1. I am an attorney with RMO LLP, counsel of record for Plaintiff and Cross-Defendant Global Ventu Holding B.V. ("Global Ventu") in the above-captioned matter. Everything in this declaration is based on my personal knowledge. If called to testify to the contents of this declaration, I could do so competently.

2. Copies of the Initial Complaint and Summons were served on Defendant ZeetoGroup, LLC on May 31, 2019 pursuant to Fed. R. Civ. P. 4(h)(1)(B). (*See* ECF No. 4.)

3. On August 23, 2019, Global Ventu filed a First Amended Complaint (ECF No. 14) and on September 24, 2019, Defendant filed a Motion to Dismiss the FAC (ECF No. 16).

4. Defendant's Motion to Dismiss was denied on December 11, 2019 (ECF No. 21) and Defendant filed an Answer to the FAC on December 30, 2019 (ECF No. 25). However, on April 21, 2020, the Court struck Defendant's Answer because its corporate status has been forfeited. (*See* Docket No. 54, pg. 8.)

5. To date, Defendant has no responsive pleading on file as required by the Federal Rules of Civil Procedure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: April 21, 2020　　　　　　　　*/s/ Jessica C. Covington*
　　　　　　　　　　　　　　　　　　Jessica C. Covington