Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff
GLOBAL VENTU HOLDING B.V.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., | Case No.: 3:19-cv-01018-DMS-LL |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, | |
| Defendants. | |

1  Please remove Jessica C. Covington, Esq., State Bar Number 301816, from
2  the docket of this case. At least one member of the firm named above, and at least
3  one member of the Bar of this Court, will continue to serve as counsel of record for
4  the party indicated.

5  Dated: April 30, 2020                                        **RMO LLP**,

7                                                       By:  */s/ David G. Greco*
8                                                            Scott E. Rahn
                                                             Sean D. Muntz
9                                                            David G. Greco
                                                             grecod@rmolawyers.com

10                                                     *Attorneys for Plaintiff*
                                                       GLOBAL VENTU HOLDING B.V.

1
NOTICE OF WITHDRAWAL OF COUNSEL