1
2
3
4
5
6
7
8                 UNITED STATES DISTRICT COURT

9              SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11  GLOBAL VENTU HOLDING B.V., | Case No.:  19cv1018-DMS-LL |
| 12                                    Plaintiff, | **ORDER RESETTING FOLLOW-UP ATTORNEYS-ONLY TELEPHONIC STATUS CONFERENCE** |
| 13  v. | |
| 14  ZEETOGROUP, LLC, et al., | |
| 15                                    Defendants. | |
| 16  ZEETOGROUP, LLC, et al., | |
| 17                            Cross-Complainants, | |
| 18  v. | |
| 19  GLOBAL VENTU HOLDING B.V., | |
| 20  et al., | |
| 21                            Cross-Defendants. | |

22       Due to a conflict on the Court's calendar, the follow-up attorneys-only conference

23  currently scheduled for May 19, 2020 at 11:30 a.m. is **RESET** to **May 19, 2020** at **1:00**

24  **p.m**. The Parties should call in on the Court's previously provided conference line at the

25  appointed date and time in order to participate [ECF No. 49].

26       **IT IS SO ORDERED.**

27

28

1

1   Dated: May 8, 2020

2
3                                              Honorable Linda Lopez
                                               United States Magistrate Judge
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28