1
2
3
4
5
6
7
8
9

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
service@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff and Cross-defendant
GLOBAL VENTU HOLDING B.V.
and Cross-defendant
ALEX ANDEBEEK

10
11
12

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Defendants. | CASE NO.: 3:19-cv-01018-DMS-LL<br><br>**EVIDENCE IN OPPOSITION TO DEFENDANTS/CROSS-COMPLAINANTS' MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-COMPLAINT**<br><br>Date:        May 29, 2020<br>Time:       1:30 p.m.<br>Courtroom:   13A |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC,<br><br>Cross-complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V.; ALEX ANDEBEEK, an individual; and ROES 1 through 50, inclusive<br><br>Cross-defendants. | Trial:       N/A<br>Filed:       May 31, 2019<br>Judge:      Hon. Dana M. Sabraw<br>Magistrate:   Hon. Linda Lopez |

| **EVIDENCE IN OPPOSITION TO MOTION FOR LEAVE TO AMEND** | | |
|---|---|---|
| **Ex.** | **Description** | **Authentication** |
| A. | Global Ventu's Initial Disclosures, dated December 18, 2020 | Greco Decl. ¶ 8 |
| B. | Defendants/Cross-complainants' initial disclosures, dated December 19, 2020. | Greco Decl. ¶ 9 |
| C. | Text message from Shane Cardwell to Corey Oneal, dated December 18, 2019 at 2:38 p.m. | Oneal Decl. ¶ 7 |
| D. | Letter dated November 19 2020, from Nathan A. Schacht of the law firm Baker Hostetler to Corey Oneal, regarding the Arbitration between The Original Agency, LLC and moving parties | Oneal Decl. ¶ 8 |
| E. | Subpoena dated November 15, 2019, directed to Corey Oneal, from American Arbitration Association Case Number 01-18-0003-9964. | Oneal Decl. ¶ 9 |
| F. | Email exchanges dated between March 30 2020 and April 7 2020, between Jacob Gillick and RMO LLP. | Greco Decl. ¶ 10 |
| G. | Email exchanges dated April 20, 2020, between Jacob Gillick and RMO LLP. | Greco Decl. ¶ 11 |
| H. | Email from Jacob Gillick to David Greco dated April 24, 2020. | Greco Decl. ¶ 12 |
| I. | Email from Greg Kuchcik, an employee of ZeetoGroup, to Corey Oneal, dated December 16, 2019. | Oneal Decl. ¶ 10 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Dated: May 14, 2020                    **RMO LLP**

2

3

*/s/ David Greco*

4

David Greco(SBN 299635)
grecod@rmolawyers.com

5

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com

6

Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com

7

service@rmolawyers.com

8

2029 Century Park East, Suite 2910

9

Los Angeles, CA 90067
Phone: (424) 320-9444

10

Attorneys for Plaintiff and
Cross-defendant

11

GLOBAL VENTU HOLDING B.V.
and Cross-defendant

12

ALEX ANDEBEEK

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EVIDENCE IN OPPOSITION TO MOTION FOR LEAVE TO FILE SECOND
AMENDED CROSS-COMPLAINT                                    19-CV-1018 DMS LL

# Exhibit A

Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
David G. Greco (SBN 299635)
grecod@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067
Phone: (424) 320-9444

Attorneys for Plaintiff
GLOBAL VENTU HOLDING B.V.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, LLC, <br><br> Defendants. | Case No.: 3:19-cv-01018-DMS-LL <br><br> **PLAINTIFF GLOBAL VENTU HOLDING B.V.'S INITIAL DISCLOSURES** |

### Initial Disclosures

Plaintiff, upon a reasonable and good faith inquiry into information available to it, makes the following Initial Disclosures under Federal Rule of Civil Procedure 26(a)(1)(A). Plaintiff makes this disclosure based on its current understanding, reserving the right to modify, supplement or correct these disclosures as the case progresses.

### I.    Individuals Likely to Have Discoverable Information

Plaintiff reserves the right to call or supplement this list with those persons identified by Defendants and identified through additional discovery.  Pursuant to Rule 26(a)(1)(A)(i), Plaintiff identifies the following:

| Name and Contact | Subject Matter Knowledge |
|---|---|
| Andebeek, Alex<br>Through counsel | All issues in this litigation. |
| Gross, Steven<br>CEO of ZeetoGroup<br>Through counsel | All issues in this litigation. |
| Gately, Marcie<br>CPO of ZeetoGroup<br>Through counsel | All issues in this litigation. |
| Oneal, Corey<br>Director of Media – Tibrio<br>Through counsel | Communications between parties. Decisions regarding ad placement. Correspondence regarding contract renewal. Knowledge of use of online accounts before and after termination of the parties' contracts. Additional issues not yet known to Plaintiff. |
| Del Castillo, Cecilia<br>Director of Media – Tibrio<br>Through counsel | Communications between parties. Decisions regarding ad placement. Correspondence regarding contract renewal. Knowledge of use of online accounts before and after termination of the parties' contracts. Additional issues not yet known to Plaintiff. |
| Iorio, Rocky<br>Former Affiliate Marketing Manager – Tibrio<br>Contact information unknown to Plaintiff | Communications between parties. Decisions regarding ad placement. Correspondence regarding contract renewal. Knowledge of use of online accounts before and after termination of the parties' contracts. Additional issues not yet known to Plaintiff. |

| **Name and Contact** | **Subject Matter Knowledge** |
|---|---|
| Members of Tibrio's media team (names unknown) Through counsel | Communications between parties. Decisions regarding ad placement. Correspondence regarding contract renewal. Knowledge of use of online accounts before and after termination of the parties' contracts. Additional issues not yet known to Plaintiff. |
| Tudesco, Sabiha CRO – Tibrio Through counsel | All issues in this litigation. |
| Ogle, Josh Former CEO – Tibrio Contact information unknown to Plaintiff | All issues in this litigation. |
| Stein, Benjamin Former CPO – Tibrio Contact information unknown to Plaintiff | All issues in this litigation. |

## II.   Documents in Plaintiff's Custody, Possession or Control

Plaintiff produces with these disclosures:

1. Documents (.pdf format) that are bates stamped GLOBAL000001-000208.

2. 132 .csv files, contained within a .zip file entitled "CSV.zip."

3. 3 .mp4 files, contained within a .zip file entitled "MP4.zip."

Plaintiff expects there to be significantly more documentation regarding its claims, and that such documentation may be in the sole possession of Defendants and/or third parties unknown at this time. Plaintiff reserves the right to amend or supplement this response as Defendants continue to respond to discovery and produce documents.

## III.   Damages

Plaintiff seeks damages in an amount to be determined at trial. Damages include lost profits, lost business relationships, dilution of market share, dilution of exclusivity to the technology, and all related damages.

///

///

1   Dated: December 18, 2019          **RMO LLP**

2

3                                     _/s/ David G. Greco_

4

5                                     Scott E. Rahn, Esq. (SBN 222528)
                                      rahns@rmolawyers.com
6                                     Sean D. Muntz, Esq. (SBN 223549)
                                      muntzs@rmolawyers.com
7                                     David G. Greco (SBN 299635)
                                      grecod@rmolawyers.com
8                                     RMO LLP
                                      2029 Century Park East, Suite 2910
9                                     Los Angeles, CA 90067
                                      Phone: (424) 320-9444

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Global Ventu Holding B.V. vs. Zeetogroup, LLC, et al.*
USDC, Southern District, Case No.:  3:19-CV-01018-DMS-LL

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to the within action.  I am employed by **RMO LLP**, whose business and service address is: 2029 Century Park East, Suite 2910, Los Angeles, CA 90067.

On December 18, 2019, I served the within document(s) described as:

**PLAINTIFF GLOBAL VENTU HOLDING B.V.'S INITIAL DISCLOSURES**

on the interested parties in this action as follows:

Christopher S. Morris, Esq.
Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel: 619.826.8060
Fax: 619.826.8065
Email: cmorris@morrislawfirmapc.com
Email: jgillick@morrislawfirmapc.com
Email: lpierce@morrislawfirmapc.com
*Attorneys for Defendants,*
*Zeetogroup, LLC, Samples.com, LLC,*
*And Tibrio, LLC*

**BY ELECTRONIC SERVICE:** I caused a true and correct copy of the document(s) listed above to be transmitted electronically on this date to the person(s) at the email address(es) set forth above.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2019.

_/s/ Brittany Guest_____
BRITTANY GUEST

1

# Exhibit B



1   Christopher S. Morris, Esq., SBN 163188
    cmorris@morrislawfirmapc.com
2   Jacob A. Gillick, Esq. 312336
    jgillick@morrislawfirmapc.com
3   MORRIS LAW FIRM, APC
    501 West Broadway, Suite 1480
4   San Diego, CA 92101
    Telephone:  (619) 826-8060
5   Facsimile:  (619) 826-8065

6   Attorneys for Defendants Zeetogroup, LLC,
    Samples.com, LLC, and Tibrio, LLC
7

8              UNITED STATES DISTRICT COURT

9            SOUTHERN DISTRICT OF CALIFORNIA

10

11  GLOBAL VENTU HOLDING B.V.,      | Case No. 19cv1018 DMS LL

12                  Plaintiff,      | **DEFENDANTS' INITIAL**
                                    | **DISCLOSURES**
13      v.

14  ZEETOGROUP, LLC,               | Dept:     13A
    SAMPLES.COM, LLC, AND          | Judge:    Hon. Dana M. Sabraw
15  TIBRIO, LLC,

16                  Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

                                1

**TO PLAINTIFF AND ITS COUNSEL OF RECORD:**

Defendants make the following disclosures to Plaintiff pursuant to Federal Rules of Civil Procedure 26(a)(1)(A):

### I.

### WITNESSES

Pertaining to the facts which give rise to Plaintiffs' causes of action, Plaintiffs lists the following witnesses:

1. Corey Oneal. Former ZeetoGroup, LLC employee. Contact information is available through Plaintiff's Attorney Jacob Gillick at Morris Law Firm, APC. Phone number: 619-826-8060. Mr. Oneal is anticipated to have knowledge regarding the issues raised in this litigation with regards to what was done by Plaintiff versus what was done and developed by Defendants.

2. Joshua Ogle. Former CEO of Tibrio, LLC. Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm, APC. Phone number: 619-826-8060. It is anticipated that Mr. Ogle will have information regarding the engagement between Plaintiff and Defendant.

3. Benjamin Stein. Former CTO of Tibrio, LLC. Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm, APC. Phone number: 619-826-8060. It is anticipated that Mr. Stein will have information regarding the engagement between Plaintiff and Defendant.

4. Lain Stratton. Multimedia Designer at Zeeto. Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm, APC. Phone number: 619-826-8060. It is anticipated that Mr. Stratton will have information pertaining to the actual design process of the disputed intellectual property.

2

5.   Rager Sequeira.  Senior Lead Designer at Zeeto.  Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm, APC. Phone number: 619-826-8060.  It is anticipated that Mr. Sequeira will have information pertaining to the actual design process of the disputed intellectual property.

6.   Marcie Gately.  Chief Product Officer at Zeeto.  Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm, APC. Phone number: 619-826-8060.  It is anticipated that Ms. Gately will have information pertaining to the actual design process and engagement of the disputed intellectual property.

7.   Stephan Goss.  Chief Executive Officer at Zeeto.  Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm.  It is anticipated that Mr. Goss will have information pertaining to the design process, engagement, termination, and all aspects of this litigation.

8.   Billy Hamlin.  Multimedia Designer and Technical Specialist at Zeeto. Contact information is available through Defendants' Attorney Jacob Gillick at Morris Law Firm.  It is anticipated that Mr. Hamlin will testify to the design and technical aspects at issue in this case.

9.   Craig Simes.  Former Inventory and Fulfillment Team Manager at Zeeto. It is anticipated that Mr. Simes will be able to testify as to multiple issues in this litigation.

Defendants reserve the right to introduce into evidence additional witnesses for impeachment and any witnesses disclosed by Plaintiff or any other party to this matter.

/ / /

/ / /

/ / /

3

## II.

## <u>DOCUMENTS</u>

1.    Instructions to employees regarding the building and testing of the allegedly misappropriated information.

2.    Contracts and agreements.

3.    Communications between parties.

Defendants reserve the right to introduce into evidence additional documents, electronically stored information, and/or tangible things as impeachment, and any document disclosed by Plaintiff or any other party to this matter.

## III.

## <u>DAMAGES</u>

Discovery is ongoing.

## IV.

## <u>INSURANCE AGREEMENTS</u>

No applicable insurance agreements exist at this time.

**MORRIS LAW FIRM, APC**

Dated:  December 19, 2019

Jacob A. Gillick, Esq.
jgillick@morrislawfirmapc.com
Attorneys for Defendants Zeetogroup, LLC,
Samples.com, LLC, and Tibrio, LLC

4

# Exhibit C

4:36

‹ 651    SZ

**Shane** ›

annoying messages or were we able to kill those?

**Wed, Dec 18**, 2:38 PM

Hey there!  Give me a call as soon as you have the chance.  I heard Internet Things is closing shop, but the court case is still moving forward.  Through the legal process we uncovered some things that you should have disclosed that implicate you. There is a growing chance you will be added as an individual named in the Internet Things suit.  I'm hoping we can avoid that.  Hope we talk soon.

     iMessage 

# Exhibit D

# BakerHostetler

Baker&Hostetler LLP

1801 California Street
Suite 4400
Denver, Colorado  80202-2662

T  303.861.0600
F  303.861.7805
www.bakerlaw.com

Nathan A. Schacht
direct dial: 303.764.4029
nschacht@bakerlaw.com

November 19, 2019

**VIA FEDEX OVERNIGHT DELIVERY**

Corey Oneal
6755 Alamo Way
La Mesa, CA 91942

Re:    *The Original Agency, LLC v. Zeetogroup, LLC, Tibrio, LLC, et al.*
       *American Arbitration Association Case No. 01-18-0003-9964*

Dear Mr. Oneal:

My name is Nathan Schacht and I and my firm, BakerHostetler, represent The Original Agency, LLC (the "OA") in the above-referenced arbitration. I understand that you have already been made aware of this arbitration, the upcoming hearing in San Diego scheduled to begin on December 2, 2019 and go through December 14, 2019, and that the OA plans to call you to provide live testimony at the hearing.  Enclosed please find a subpoena for your appearance at the Arbitration on December 5, 2019 at 2:00 p.m. This date and time is subject to change, but we are happy to coordinate with you as much as possible regarding the date and time of your live testimony. The Arbitration is being held at Veritext Legal Solutions, located at 550 West C Street, Suite 800, San Diego, California 92101. I've enclosed a waiver of service for your appearance at the Arbitration. This waiver of service works the same as if we had hired a professional process server or sheriff to serve you at home or your place of work. Rather than interrupting your day and causing any additional inconvenience, we request that you sign the waiver and either fax it back to my attention or email it to me at nschacht@bakerlaw.com. If you have questions or wish to discuss, please contact me. Thank you.

Sincerely,

Nathan A. Schacht
Counsel

Enclosures

# Exhibit E

# AMERICAN ARBITRATION ASSOCIATION

## SAN DIEGO, CALIFORNIA

| | |
|---|---|
| **In the Matter of the Arbitration between** | |
| **THE ORIGINAL AGENCY, LLC,** | AAA Case. No. 01-18-0003-9964 |
| **Claimant,** | |
| v. | |
| **ZEETOGROUP, LLC, TIBRIO, LLC f/k/a SAMPLES.COM, LLC STEPHAN GOSS, MARCIE GATELY and SHAYNE CARDWELL** | |
| **Respondents.** | |

## SUBPOENA FOR PERSONAL APPEARANCE AT ARBITRATION HEARING

To:    **Corey Oneal**
       **6755 Alamo Way**
       **La Mesa, CA 91942**

**GREETINGS:**

WE COMMAND YOU, that all business and excuses being laid aside, to appear and

attend before the Honorable Thomas P. Quinn, Arbitrator, as a witness in this arbitration at the

following date, time, and place: **December 5, 2019** at **2:00 p.m. (PDT)** at ~~Context Legal~~, **Veritext Legal Solutions**

located at **550 West C Street, Suite ~~708~~ 800, San Diego, California 92101.** The testimony will take

place before a Certified Shorthand Reporter or other officer authorized to administer an oath and

1

may be recorded by audio or visual technology in addition to recording by stenographic means, including the use of instant visual display of testimony.

You are subpoenaed to appear by the following Arbitrator, and unless excused from this subpoena by the Arbitrator or the American Arbitration Association, you shall respond to this subpoena as directed. *

DATED: _11·15·19_                    SIGNED: _Thomas P. Quinn_
                                              Honorable Thomas P. Quinn
                                              Arbitrator

Requested by:

**BAKER & HOSTETLER LLP**

Marc D. Powers
Nathan A. Schacht
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212) 589-4200
Fax: (212) 589-4201
mpowers@bakerlaw.com

1801 California Street, Suite 4400
Denver, CO 80202-2662
Phone: (303) 861-0600
Fax: (303) 861-7805
nschacht@bakerlaw.com

*Attorneys for Claimant*
THE ORIGINAL AGENCY, LLC

**\*PLEASE CONTACT COUNSEL FOR THE ORIGINAL AGENCY, LLC (MARC POWERS, (212-589-4200), MPOWERS@BAKERLAW.COM OR NATHAN SCHACHT, (303-861-0600), NSCHACHT@BAKERLAW.COM) BY NOVEMBER 20, 2019 TO CONFIRM DATE AND TIME OF APPEARANCE.**

2

# Exhibit F

**David Greco**

| | |
|---|---|
| **From:** | Jessica Covington <covingtonj@rmolawyers.com> |
| **Sent:** | Tuesday, April 7, 2020 12:09 PM |
| **To:** | Jacob Gillick |
| **Cc:** | David Greco |
| **Subject:** | RE: Global Ventu v. ZeetoGroup, et al.:  Discovery, 3/27/20 meet and confer |

Hi Jacob,

Thank you for your e-mail below.

Global Ventu is willing to provide search terms for documents responsive to RFP No. 5.  I am working with our client on same and should have suggested search terms to you within the next couple days.

Additionally, while communications certainly fall within the purview of RFP No. 5, as we discussed on the phone, any documentation that is responsive to this request should be produced.  The same goes for RFP Nos. 2 and 3.  I know that we discussed FB access in lieu of document production for some requests and that is certainly something that we would like to coordinate.  However, such access does not relieve Defendants of the obligation to produce the documentation requested.  This is true even if Global Ventu had access to the Facebook account right now.

Defendant is in the best position (and for the most part, the only position) to provide correspondence and internal documents related to content, strategy, and advertisements.  Those documents are relevant to not only our claims, but also Defendants'.

Please confirm whether Defendants will fully comply with RFP Nos. 2 and 3.

Additionally, you mentioned that a set of documents should have already been produced.  Do you know when we will receive those documents?  To date, I have not seen any production.

Best Regards,

**Jessica C. Covington**
Associate Attorney
424.320.9457 | direct
424.320.9444 | main
covingtonj@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067-6017
www.rmolawyers.com
Los Angeles | Orange County | San Diego | Miami | Kansas City

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Wednesday, April 1, 2020 3:46 PM
**To:** Jessica Covington <covingtonj@rmolawyers.com>
**Cc:** David Greco <grecod@rmolawyers.com>
**Subject:** RE: Global Ventu v. ZeetoGroup, et al.: Discovery, 3/27/20 meet and confer

Hi Jessica,

1

==Everything here looks correct to me.== We will produce e-mails and revenue information. My client is still unwilling to produce information regarding specific leads.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** Jessica Covington <covingtonj@rmolawyers.com>
**Sent:** Monday, March 30, 2020 11:35 AM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Cc:** David Greco <grecod@rmolawyers.com>
**Subject:** Global Ventu v. ZeetoGroup, et al.: Discovery, 3/27/20 meet and confer

Jacob,

It was a pleasure speaking to you on Friday. I am following up to recap our conversation and make sure that the parties are on the same page.

**Requests for Admission**:    Defendants will supplement Nos. 14, 16, and 18

**Special Interrogatories**:    Defendants will supplement Nos. 2, 3, 4, 5 and 6.

**Requests for Production**:    1 – Defendants will produce documents. You are looking into why the documents have
not yet been served.

2, 3, 6 – ==Defendants will provide administrative access to Global Ventu.== However, Defendants want to screen-share when Global Ventu does its searches. With regard to revenues specifically, we discussed documents and communications outside of Facebook that Defendants may have in their possession, custody or control. You said you will check with Defendants regarding the existence of same. ==I will check with my client regarding whether access to the Facebook account and documents related to revenues is sufficient.==
4 – You indicated that Defendants were not willing to provide information/documents associated with its leads, but you consult with your clients again. I advised that if Defendants are not willing to provide responsive documents, we would move to compel same.
5 – Defendants suggested that Plaintiff provide search terms to assist with production of documents responsive to this request. I said that I would discuss with my client and get back to you.
7 – You indicated that Defendants will produce documents response to this request.
8, 9, 10 – Defendants will supplement these responses and provide documents.
11 – Defendants will produce documents.

We also agreed to touch base by noon on Wednesday, April 1, after each of us have had time to speak with our clients about the requests as indicated above.  Please let me know if you had a different understanding of any part of our conversation.

Best Regards,

**Jessica C. Covington**
Associate Attorney
424.320.9457 | direct
424.320.9444 | main
covingtonj@rmolawyers.com
**RMO LLP**
2029 Century Park East, Suite 2910
Los Angeles, CA 90067-6017
www.rmolawyers.com
Los Angeles | Orange County | San Diego | Miami | Kansas City

# Exhibit G

**David Greco**

| | |
|---|---|
| **From:** | Jacob Gillick <jgillick@morrislawfirmapc.com> |
| **Sent:** | Monday, April 20, 2020 12:57 PM |
| **To:** | David Greco; Sean D. Muntz; Jessica Covington; Chris Morris |
| **Subject:** | RE: Global Ventu et al. v. Zeeto et al. | Meet/Confer re: Motion to Amend |

David,

Zeeto and Tibrio are on Facebook daily and therefore have pretty wide availability- especially during the quarantine- that is why we were waiting for Mr. Andebeek to select a date and time that is convenient for him. Again, this is a benefit we are offering to hopefully expedite the resolution of any claims. Therefore, "the ball is in your court" to organize it if you want it.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** David Greco <grecod@rmolawyers.com>
**Sent:** Monday, April 20, 2020 12:47 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Sean D. Muntz <muntzs@rmolawyers.com>; Jessica Covington <covingtonj@rmolawyers.com>; Chris Morris <cmorris@morrislawfirmapc.com>
**Subject:** RE: Global Ventu et al. v. Zeeto et al. | Meet/Confer re: Motion to Amend

Hi Jacob,

The sentence right before the one you quote below refers to the screen-share access to Facebook and says "that is certainly something that we would like to coordinate."

During our call on Friday, we also discussed your client providing dates upon which they can be available. (That is, I think the ball is in your court on this one.) Do you have those dates?

--
**David Greco**
Attorney
619.323.3200 | Office
619.323.3201 | Direct
grecod@rmolawyers.com
**RMO** LLP
www.rmolawyers.com

1

Los Angeles | Orange County | San Diego | Miami | Kansas City

**From:** Jacob Gillick <jgillick@morrislawfirmapc.com>
**Sent:** Monday, April 20, 2020 12:34 PM
**To:** David Greco <grecod@rmolawyers.com>; Sean D. Muntz <muntzs@rmolawyers.com>; Jessica Covington
<covingtonj@rmolawyers.com>; Chris Morris <cmorris@morrislawfirmapc.com>
**Subject:** RE: Global Ventu et al. v. Zeeto et al. | Meet/Confer re: Motion to Amend

Hi David,

Attached is the April 7, 2020 e-mail where Jessica states that "such access does not relieve Defendants of the obligation
to produce the documents requested. This is true even if Global Ventu had access to the Facebook account right now."
This is a denial of our offer. Also, yesterday was not the first time I have requested dates for the screen share. It is our
contention that this offer has been pushed back and ignored in order to have us produce documents which contain
trade secrets. We are still willing to share access to prove no misappropriation, but until we have dates, we will interpret
the delays as refusals.

I hope this clears up our position.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the
attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review,
use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email
and destroy all copies of this message and any attachments.  Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

**From:** David Greco <grecod@rmolawyers.com>
**Sent:** Monday, April 20, 2020 12:17 PM
**To:** Jacob Gillick <jgillick@morrislawfirmapc.com>; Sean D. Muntz <muntzs@rmolawyers.com>; Jessica Covington
<covingtonj@rmolawyers.com>; Chris Morris <cmorris@morrislawfirmapc.com>
**Subject:** Global Ventu et al. v. Zeeto et al. | Meet/Confer re: Motion to Amend

Jacob:

I write regarding your clients' motion to file a second amended complaint. This motion was filed Friday, April 17—the
same day that you, Jessica, and I spoke on the phone per Judge Lopez's order that we meet and confer regarding the
discovery that your clients wished to propound, beyond the discovery that is allowed by the parties' Rule 26(f) report.

During that call, you, Jessica, and I discussed that Mr. Andebeek does want to engage in the discovery process through
which your clients provide access to the Facebook accounts. We also discussed that your clients would be entitled to
screen share with Mr. Andebeek while he reviews the accounts, to ensure the safety of your clients' information. This
arrangement has been discussed between you and Jessica on a few occasions, both over the phone and in writing.

- From what I could find in my email history, we confirmed as early as March 30, 2020 that we would explore the
  search-and-screen-share option.

2

- I also note that on April 7 2020, Jessica confirmed that we would like to coordinate the search-and-screen-share-option.
- You replied to Jessica's email the same day.

I attach the written correspondence here for your reference. The attached items are just what I could find in a quick search, and it may be that we confirmed our interest in this process earlier than March 30.

Despite these discussions, in support of Tibrio et al.'s motion, you testify as follows:

> ¶ 21: . . . . Further, as this Court is aware, Zeeto and Tibrio have offered multiple times to open the Facebook accounts in order to prove that no misappropriation took place. Mr. Greco has declined each one of those requests and instead has employed discovery methods which will likely result in a motion for sanctions.

I am confused as to what this testimony means. We have agreed to the search-and-screen-share option. If I am missing something, or if I am misinterpreting your testimony, please let me know. Otherwise, I ask that your office file an amended declaration removing this testimony. *Cf.* Fed. R. Civ. Pro. 11(b)(3) ("By presenting to the court a pleading, written motion, or other paper—whether by signing, filing, submitting, or later advocating it—an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances: . . . the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery.").

Please note that this email refers only to this issue, and does not close the door on any arguments we may make in opposition to this motion, or any other testimony we may wish to address.

I ask that you provide a response to this email by <u>Tuesday April 21, 2020</u>, at <u>5:00 p.m. PST</u>.

--
**David Greco**
Attorney
619.323.3200 | Office
619.323.3201 | Direct
grecod@rmolawyers.com
**RMO** LLP
www.rmolawyers.com
Los Angeles | Orange County | San Diego | Miami | Kansas City

# Exhibit H

**David Greco**

| | |
|---|---|
| **From:** | Jacob Gillick <jgillick@morrislawfirmapc.com> |
| **Sent:** | Friday, April 24, 2020 1:35 PM |
| **To:** | David Greco |
| **Cc:** | Jessica Covington |
| **Subject:** | Global Ventu v. Zeeto |

Hi David,

I hope all is well. Given the order of the Court on the special interrogatories, we will be amending the requests so it comes from Tibrio, not Zeeto. I should be able to get you an executed copy of the new discovery today or this weekend. Per the Court's order, should we get on a quick call Monday?

Sorry this took me a couple of days, we just got the Award from the case brought by Josh Ogle and Ben Stein (The Original Agency). We won on all causes of action and are being allowed to submit our request for reimbursement of attorneys' fees- so things are busy. I appreciate your understanding.

Best,

Jacob A. Gillick, Esq.
**MORRIS LAW FIRM, APC**
501 West Broadway, Suite 1480
San Diego, CA 92101
Tel. (619) 826-8060
Fax. (619) 826-8065

CONFIDENTIAL NOTICE: This email message, including any attachments, is for the sole use of the intended recipient(s) and may contain information protected by the attorney-client privilege, the attorney work product doctrine or other applicable privileges or confidentiality laws or regulations. If you are not an intended recipient, you may not review, use, copy, disclose or distribute this message or any of the information contained in this message to anyone. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of this message and any attachments. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.

# Exhibit I

**From:** Greg Kuchcik <greg.k@zeeto.io>
**Date:** December 16, 2019 at 3:06:46 PM PST
**To:** "Corey O." <coreydad@gmail.com>
**Subject: Skype History Request**

Hey Corey,

Hope all is well!

Reaching out to request your Skype History with Sabiha Tudesco & Alex Andebeek. It sounds like there was chats with them and you on the Zeeto account, but may have also been your personal?


Let me know if we can get those. It would be helpful.


Thanks,


--



**Greg Kuchcik, SPHR**
VP of HR | **greg.k@zeeto.io**