Christopher S. Morris, Esq., SBN 163188
cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
jgillick@morrislawfirmapc.com
MORRIS LAW FIRM, APC
501 West Broadway, Suite 1480
San Diego, CA 92101
Telephone: (619) 826-8060
Facsimile: (619) 826-8065

Attorneys for Defendants Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiff, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. | Case No. 19cv1018 DMS LL <br><br> **DECLARATION OF CHRISTOPHER S. MORRIS IN SUPPORT OF DEFENDANTS/CROSS-COMPLAINANTS' REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-COMPLAINT** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Cross-Complainants, <br><br> v. <br><br> GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive <br><br> Cross-Defendants. | Date:   May 29, 2019 <br> Time:   1:30 p.m. <br> Dept:   13A <br> Judge:  Hon. Dana M. Sabraw |

I, Christopher S. Morris, declare as follows:

1. I am an attorney licensed to practice in the State of California and am the Founder and President of Morris Law Firm, APC, and counsel of record for ZeetoGroup, LLC ("Zeeto") and Tibrio, LLC ("Tibrio"). I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. I first contacted counsel for Corey Oneal in order to work out an agreement which would prevent him from being named in a separate lawsuit Zeeto and Tibrio was forced to bring against Nicholas Fiorentino, Sabiha Tudesco, and their entities. Mr. Oneal was hired by the entities to use Zeeto's misappropriated trade secrets.

3. Mr. Oneal and his attorney at the time agreed to speak with us and an agreement was made not to include Mr. Oneal in that litigation. I have stuck by that promise.

4. Following the discovery of Mr. Oneal's involvement and malfeasance here, I contacted his attorney again in order to discuss keeping him out of this lawsuit.

5. I was informed by his attorney that Mr. Oneal had not paid his fees and therefore he would not be representing Mr. Oneal. At that point, Zeeto's principal, Stephan Goss, requested that we offer to pay his attorneys' fees. I felt like this was the safest route to take in order to avoid any allegations of inappropriate contact.

///
///
///
///
///
///
///

6. At no time did I offer to pay Mr. Oneal in exchange for his favorable testimony. This is an interesting allegation as Mr. Oneal was paid $14,000 by The Original Agency immediately before the arbitration.

I declare under penalty of perjury, under the laws of the state of the United States of America, that the foregoing is true and correct. Executed this 22nd day of May 2020, in San Diego, California.

                                              s/ Christopher S. Morris
                                              Christopher S. Morris