Case 3:19-cv-01018-RBM-DEB   Document 62-2   Filed 05/22/20   PageID.641   Page 1 of 10

```
 1 │ Christopher S. Morris, Esq., SBN 163188
   │ cmorris@morrislawfirmapc.com
 2 │ Jacob A. Gillick, Esq. 312336
   │ jgillick@morrislawfirmapc.com
 3 │ MORRIS LAW FIRM, APC
   │ 501 West Broadway, Suite 1480
 4 │ San Diego, CA 92101
   │ Telephone: (619) 826-8060
 5 │ Facsimile: (619) 826-8065
 6 │ Attorneys for Defendants Zeetogroup, LLC,
   │ Samples.com, LLC, and Tibrio, LLC
 7 │
```

### UNITED STATES DISTRICT COURT

### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>         Plaintiff,<br><br>   v.<br><br>ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>         Defendants. | Case No. 19cv1018 DMS LL<br><br>**DECLARATION OF JACOB A. GILLICK IN SUPPORT OF DEFENDANTS/CROSS-COMPLAINANTS' REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-COMPLAINT** |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC,<br><br>         Cross-Complainants,<br><br>   v.<br><br>GLOBAL VENTU HOLDING B.V., ALEX ANDEBEEK, an individual, and ROES 1 through 50, inclusive<br><br>         Cross-Defendants. | Date:    May 29, 2019<br>Time:    1:30 p.m.<br>Dept:    13A<br>Judge:   Hon. Dana M. Sabraw |

1
DECLARATION IN SUPPORT OF MOTION TO AMEND          19cv1018 DMS LL

I, Jacob A. Gillick, declare as follows:

1. I am an Associate Attorney with Morris Law Firm, APC and represent Defendants/Cross-Complainants ZeetoGroup, LLC, ("Zeeto") and Tibrio, LLC ("Tibrio"). I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. I was intimately involved with the arbitration brought by The Original Agency against Zeeto and Tibrio and attended every day of the hearings. Attached hereto as "Exhibit 1" is a true and correct copy of a letter from the American Arbitration Association dated April 14, 2020, which deemed the hearings closed as of April 10, 2020, the date of receipt of the final briefs. Zeeto and Tibrio defeated every claim brought by The Original Agency.

3. Given the $52 million claim brought by The Original Agency through Baker Hostetler in New York City, it was important to us that we did not act in any way which would allow The Original Agency to claim that Zeeto and Tibrio were retaliating against witnesses. Therefore, it was determined that the best course of action was to wait until the hearings were concluded before bringing suit against Mr. Oneal in this action. The action against Mr. Oneal is not retaliation as his testimony was not damaging nor patently dishonest.

4. Plaintiff/Cross-Defendant submitted "Exhibit E" as evidence that Mr. Oneal was subpoenaed in The Original Agency Arbitration. That exhibit is not the correct document. Attached hereto as "Exhibit 2" is a true and correct copy of the operative document Mr. Oneal should have received. Arbitrator Quinn in that matter found that the document Mr. Oneal submitted here, Exhibit E, improperly implied that Mr. Oneal was required to attend the hearing and the arbitrator could compel his attendance. The real document executed on January 13, 2020, was a request, not a demand. The fact that Mr. Oneal did not have Exhibit 2 is evidence of the tactics Zeeto and Tibrio had to deal with from Baker Hostetler during the

///

arbitration. Further, Mr. Oneal admitted during his testimony that he was paid $14,000 by The Original Agency shortly before the hearings were to commence.

5. I have continually offered to allow Plaintiff in this matter to access Zeeto and Tibrio's Facebook Accounts in order to see for themselves that no misconduct occurred. Mr. Greco, counsel for Plaintiff, has not taken us up on that offer and gets very upset when that fact is included in pleadings. On May 19, 2020, Mr. Greco even represented to this Court that he would get back to me with "parameters" for this informal discovery exchange by May 20, 2020. To date, I have not received any correspondence from Mr. Greco.

6. Plaintiff/Cross-Defendants were served with discovery from Zeeto. While awaiting responses, it was found that Zeeto could no longer be involved in the litigation as its status with the Franchise Tax Board had been forfeited. That issue has since been fixed. Nonetheless, Plaintiff/Cross-Defendants simply decided not to send discovery responses because of Zeeto's forfeited status. I believe that the objection was waived by the failure to respond. Mr. Greco informed me of this position five days after the discovery responses were due. Mr. Greco has also failed to get back to me on the Special Interrogatories we have been discussing and my request for a mutually convenient date to conduct Mr. Andebeek's deposition. Therefore, Plaintiff/Cross-Defendants have not produced any documents and no depositions have been taken.

7. I have requested Mr. Greco rescind the Motion for Default as Zeeto has fixed the issues with the Franchise Tax Board and the motion is now moot. Mr. Greco refused and stated that the Court will figure it out on their own.

I declare under penalty of perjury, under the law of the state of the United States of America, that the foregoing is true and correct. Executed this 22nd day of May 2020, in San Diego, California.

Jacob A. Gillick

**INDEX OF EXHIBITS TO DECLARATION OF JACOB A. GILLICK IN SUPPORT OF DEFENDANTS/CROSS-COMPLAINANTS' REPLY TO MOTION FOR LEAVE TO FILE SECOND AMENDED CROSS-COMPLAINT**

| Exhibit | Description | Pages |
|---|---|---|
| 1 | Letter from AAA Closing Arbitration | 5-7 |
| 2 | Subpoena for Personal Appearance and Testimony at Arbitration Hearing for Corey Oneal | 8-10 |

# EXHIBIT 1

# Jacob Gillick

| | |
|---|---|
| **From:** | LorenaPerezGarcia@adr.org |
| **Sent:** | Tuesday, April 14, 2020 11:20 AM |
| **To:** | mpowers@bakerlaw.com; Chris Morris; justin@morellolawpc.com |
| **Cc:** | Leanna Pierce; etreckler@bakerlaw.com; nschacht@bakerlaw.com; Jacob Gillick; tpq@tpquinnlawyer.com |
| **Subject:** | The Original Agency, LLC v. ZeetoGroup, LLC, Tibrio, LLC f/k/a - Case 01-18-0003-9964 |
| **Attachments:** | AAA ltr Close Hrgs.pdf |

Hello,

Please review the attached correspondence regarding the above-referenced case.

Feel free to contact me with any questions, comments or concerns you have related to this matter.

Thank you.



**AAA Lorena Perez-Garcia**
**Director of ADR Services**

American Arbitration Association

T: 559 650 8049  F: 855 433 3046  E: LorenaPerezGarcia@adr.org
45 E. River Park Place West,
Suite 308, Fresno, CA 93720
adr.org  |  icdr.org  |  aaamediation.org



The information in this transmittal (including attachments, if any) is privileged and/or confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.

**AMERICAN ARBITRATION ASSOCIATION** | **INTERNATIONAL CENTRE FOR DISPUTE RESOLUTION®**

Western Case Management Center
Sandra Marshall
Director
45 E River Park Place West, Suite 308
Fresno, CA 93720
Telephone: (877)528-0880
Fax: (855)433-3046

April 14, 2020

Marc D. Powers, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111-0100                     Via Email to: mpowers@bakerlaw.com

Christopher S. Morris, Esq.
Morris Law Firm, APC
501 West A Street, Suite 1480
San Diego, CA 92101                         Via Email to: cmorris@morrislawfirmapc.com

Justin Morello, Esq.
Morello Law, PC
3170 4th Avenue, Suite 250
San Diego, CA 92103                         Via Email to: justin@morellolawpc.com

Case Number: 01-18-0003-9964

The Original Agency, LLC
-vs-
ZeetoGroup, LLC, Tibrio, LLC f/k/a
Samples.com, LLC, Stephan Goss
-vs-
Joshua Ogle, individually

Dear Counsel:

In accordance with the Rules, the hearings are declared closed as of April 10, 2020, the date of receipt of the final briefs. Therefore, the arbitrator shall have until May 11, 2020 to render an Award.

Thank you,

/s/
Lorena Perez-Garcia
Director of ADR Services
Direct Dial: (559)650-8049
Email: LorenaPerezGarcia@adr.org
Fax: (855)433-3046

Cc: Leanna Pierce, Jacob A. Gillick, Esq., Nathan A. Schacht, Elizabeth M. Treckler, Esq.
Hon. Thomas P. Quinn

# EXHIBIT 2

# AMERICAN ARBITRATION ASSOCIATION

# SAN DIEGO, CALIFORNIA

| | |
|---|---|
| In the Matter of the Arbitration between<br><br>THE ORIGINAL AGENCY, LLC,<br><br>    Claimant,<br><br>v.<br><br>ZEETOGROUP, LLC, TIBRIO, LLC f/k/a SAMPLES.COM, LLC STEPHAN GOSS, MARCIE GATELY and SHAYNE CARDWELL<br><br>    Respondents. | AAA Case. No. 01-18-0003-9964 |

## SUBPOENA FOR PERSONAL APPEARANCE AND TESTIMONY AT ARBITRATION HEARING

To:   Corey Oneal
       6755 Alamo Way
       La Mesa, CA 91942

**GREETINGS:**

    CLAIMANT THE ORIGINAL AGENCY, LLC REQUESTS, that all business and excuses being laid aside, for you to appear and attend before Thomas P. Quinn, Arbitrator, as a witness in this arbitration at the following date, time, and place: **January 22, 2020** at **10:00 a.m. (PDT) at Veritext Legal Solutions located at 550 West C Street, Suite 800, San Diego, California 92101.** The testimony will take place before a Certified Shorthand Reporter or other officer authorized to administer an oath and may be recorded by audio or visual technology in

1

addition to recording by stenographic means, including the use of instant visual display of testimony.

DATED: 1·13·20            SIGNED: _____
                                  Thomas P. Quinn
                                  Arbitrator

Requested by:

**BAKER & HOSTETLER, LLP**

Marc D. Powers
Elizabeth M. Treckler
45 Rockefeller Plaza
New York, NY 10111-0100
Phone: (212) 589-4200
Fax: (212) 589-4201
mpowers@bakerlaw.com

11601 Wilshire Blvd, Suite 1400
Los Angeles, CA 90025
Phone: (310) 820-8800
Fax: (310) 820-8859
etreckler@bakerlaw.com

*Attorneys for Claimant*
THE ORIGINAL AGENCY, LLC