1  Christopher S. Morris, Esq., SBN 163188
   cmorris@morrislawfirmapc.com
2  Jacob A. Gillick, Esq. 312336
   jgillick@morrislawfirmapc.com
3  MORRIS LAW FIRM, APC
   501 West Broadway, Suite 1480
4  San Diego, CA 92101
   Telephone: (619) 826-8060
5  Facsimile: (619) 826-8065

6  Attorneys for Defendants Zeetogroup, LLC,
   Samples.com, LLC, and Tibrio, LLC
7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | GLOBAL VENTU HOLDING B.V.,         | Case No. 19cv1018 DMS LL
12 |                     Plaintiff,      | **DECLARATION OF STEPHAN GOSS
13 |         v.                          | IN SUPPORT OF
14 | ZEETOGROUP, LLC,                    | DEFENDANTS/CROSS-
   | SAMPLES.COM, LLC, AND               | COMPLAINANTS' REPLY TO
15 | TIBRIO, LLC,                        | MOTION FOR LEAVE TO FILE
   |                                     | SECOND AMENDED CROSS-
16 |                     Defendants.     | COMPLAINT**
17 | ZEETOGROUP, LLC,                    |
   | SAMPLES.COM, LLC, AND               |
18 | TIBRIO, LLC,                        | Date:  May 29, 2019
   |                                     | Time:  1:30 p.m.
19 |              Cross-Complainants,    | Dept:  13A
   |                                     | Judge: Hon. Dana M. Sabraw
20 |         v.                          |
21 | GLOBAL VENTU HOLDING B.V.,          |
   | ALEX ANDEBEEK, an individual,       |
22 | and ROES 1 through 50, inclusive    |
23 |              Cross-Defendants.      |

24
25
26
27
28

                                    1
   DECLARATION IN SUPPORT OF MOTION TO AMEND        19cv1018 DMS LL

I, Stephan Goss, declare as follows:

1. I am the President and CEO of ZeetoGroup, LLC ("Zeeto") and the Chairman of the Board for Tibrio, LLC, Delaware Limited Liability Corporations with their principal places of business in San Diego, California. I have personal knowledge of the facts contained in this declaration and, if called as a witness, could and would testify as such.

2. Corey Oneal was a former employee of Zeeto and Tibrio. I have personally helped Mr. Oneal out of dire financial positions caused by his bad investments. Nobody, including Josh Ogle, the former CEO of Tibrio, and the entities were comfortable loaning Mr. Oneal money. I stepped in to help.

3. Once I learned that Mr. Oneal had not been paying the attorney we worked through on the *Internet Things* matter, I assumed he was again in financial trouble. I therefore offered to pay his legal fees. I wanted to work through attorneys so we could come to an agreement which would prevent initiating litigation against Mr. Oneal. Further, I wanted to make sure Mr. Oneal was protected which would in turn protect Zeeto and Tibrio from any allegations of improper conduct. I felt that the best way to accomplish these goals was to make sure both sides had representation. Mr. Oneal declined that offer and is now claiming that he was offered a "bribe." That is far from the truth.

4. Mr. Oneal also claims that he is due $12,000 from Tibrio/Zeeto. This is not true as he breached his employment agreements. Further, Mr. Oneal, according to my recollection, has not even attempted to collect that $12,000.

I declare under penalty of perjury, under the law of the state of the United States of America, that the foregoing is true and correct. Executed this 22nd day of May 2020, in San Diego, California.



Stephan Goss