# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., <br><br> Plaintiffs, <br><br> v. <br><br> ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, <br><br> Defendants. <br><br> AND ALL RELATED CROSS-CLAIMS. | Case No. 19-cv-1018 DMS (LL) <br><br> **ORDER RE: ORAL ARGUMENT** |

Zeetogroup, LLC, Samples.com, LLC and Tibrio, LLC's motion for leave to file a Second Amended Cross-Complaint is currently scheduled for hearing on May 29, 2020. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the May 29, 2020 hearing is vacated.

**IT IS SO ORDERED**.
DATED: May 26, 2020



DANA M. SABRAW
United States District Judge