UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V.,<br><br>Plaintiff,<br><br>v.<br><br>ZEETOGROUP, LLC, et al.,<br><br>Defendants. | Case No.: 19cv1018-DMS-LL<br><br>**ORDER DIRECTING PARTIES TO MEET AND CONFER AND REQUIRING SUBMISSION OF JOINT NOTICE OF COMPLIANCE** |
| ZEETOGROUP, LLC, et al.,<br><br>Cross-Complainants,<br><br>v.<br><br>GLOBAL VENTU HOLDING B.V., et al.,<br><br>Cross-Defendants. | |

On June 12, 2020, counsel for Defendants, Jacob Asher Gillick, contacted the Court requesting that Chambers hold a discovery dispute telephone conference. Mr. Gillick represented Defendants' counsel requested to meet and confer with Plaintiff's counsel via e-mail on June 8, 2020, but had not yet received a response.

1

Pursuant to the undersigned Judge's Civil Chamber Rules, "[p]rior to bringing any discovery dispute to the Court, counsel must meet and confer pursuant to Civil Local Rule 26.1 . . . **Under no circumstances may counsel satisfy the 'meet and confer' obligation by written correspondence.**" See Civil Chamber Rules Section V.A. The Court notes this is the second time the Court has had to address a potential dispute where it has been clear to the Court that the Parties had not properly met and conferred **thoroughly** and made every effort to resolve the dispute informally prior to raising it with the Court. See ECF Nos. 51, 53.

Given the above, the Court finds it appropriate to **ORDER** the following:

1. Counsel for the Parties are directed to meet and confer **via videoconference** no later than **June 19, 2020**.[1]

2. Counsel for the Parties shall file a joint notice certifying they complied with the meet and confer requirement by **June 24, 2020**. The joint notice should set forth the results of the Parties' meet and confer efforts and the status of any remaining disputes. The joint notice **should not exceed five pages in length**.

**The Parties are hereby advised that failure to adhere to this Court's Order may result in the imposition of sanctions.**

**IT IS SO ORDERED.**

Dated: June 15, 2020

Honorable Linda Lopez
United States Magistrate Judge

---

[1] If counsel for the Parties lack the technical ability to meet and confer via videoconference, they may do so via telephone.