1 | Scott E. Rahn, Esq. (SBN 222528)
rahns@rmolawyers.com
2 | Sean D. Muntz, Esq. (SBN 223549)
muntzs@rmolawyers.com
3 | David G. Greco (SBN 299635)
grecod@rmolawyers.com
4 | Gabriel Henriquez (SBN 289007)
henriquezg@rmolawyers.com
5 | **RMO LLP**
2029 Century Park East, Suite 2910
6 | Los Angeles, CA 90067
Phone: (424) 320-9444
7 | *Attorneys for Plaintiff and Cross-Defendant*
*GLOBAL VENTU HOLDING B.V.*

8 |
Christopher S. Morris, Esq., SBN 163188
9 | cmorris@morrislawfirmapc.com
Jacob A. Gillick, Esq. 312336
10 | jgillick@morrislawfirmapc.com
**MORRIS LAW FIRM, APC**
11 | 501 West Broadway, Suite 1480
San Diego, CA 92101
12 | Telephone: (619) 826-8060
Facsimile: (619) 826-8065
13 | *Attorneys for Defendants*
*Zeetogroup, LLC, Samples.com, LLC, and Tibrio, LLC*

14 |

15 | **UNITED STATES DISTRICT COURT**

16 | **SOUTHERN DISTRICT OF CALIFORNIA**

17 |

| | |
|---|---|
| 18 GLOBAL VENTU HOLDING B.V., | Case No.: 19cv1018-DMS-DEB |
| 19 Plaintiff, | **JOINT MOTION TO MODIFY SCHEDULING ORDER** |
| 20 | |
| 21 v. | **Department:** 13A |
| | **Judge:** Dana M. Sabraw |
| 22 | **Magistrate:** Daniel E. Butcher |
| 23 ZEETOGROUP, LLC, SAMPLES.COM, LLC, and TIBRIO, | **Trial:** August 20, 2020 |
| 24 LLC, | **Filed:** May 31, 2019 |
| 25 Defendants. | |
| 26 And related cross-claims | |
| 27 | |
| 28 | |

# JOINT MOTION TO CONTINUE DISCOVERY CUTOFF

The Parties, through their attorneys of record, respectfully request that this Court briefly continue the below-listed deadlines in this case. Good cause exists for this continuance for the reasons discussed below.

## A. CURRENT AND REQUESTED DATES

| | Current Date | Requested Date |
| --- | --- | --- |
| **Non-expert Discovery** | August 20, 2020 | December 21, 2020 |
| **First Expert Exchange** | September 18, 2020 | January 18, 2021 |
| **Rebuttal Expert Exchange** | October 2, 2020 | February 2, 2021 |
| **Disclosures FRCP 26(a)(2)(A), (B)** | December 16, 2020 | April 16, 2021 |
| **All Pretrial Motions Filed** | January 15, 2021 | May 21, 2021 |
| **Mandatory Settlement Conference** | April 1, 2021 | June 1, 2021 |
| **Confidential Statements for MSC** | March 24, 2021 | April 14, 2021 |
| **Memoranda of Fact and Law** | April 16, 2021 | August 16, 2021 |
| **Compl. With Local Rule 16.1(f)(2)** | April 16, 2021 | August 16, 2021 |
| **Pre-trial Disclosures (Rule 26(a)(3))** | April 16, 2021 | August 16, 2021 |
| **Joint Statement re: Further MSC** | April 23, 2021 | July 1, 2021 |
| **Compl. With Local Rule 16.1(f)(4)** | April 23, 2021 | July 1, 2021 |
| **Pltf to Provide Draft Pretrial Order** | April 30, 2021 | August 24, 2021 |
| **Lodge Final Pretrial Conf. Order** | May 7, 2021 | August 31, 2021 |
| **Final Pretrial Conference** | May 14, 2021 | September 9, 2021 |
| **Trial** | June 14, 2021 | September 21, 2021 |

[*See* Doc. 34.]

## B. GOOD CAUSE EXISTS FOR THE CONTINUANCE

1. **The pleadings are not yet settled and might not be finalized before the discovery cutoff.** Defendants/Cross-complainants filed their initial cross-claim on December 20, 2019. [Doc. 24.] They amended the cross-claim in response to Plaintiff Global Ventu's and Cross-defendant Alex Andebeek's motion to dismiss.

[Docs 29, 31.] Plaintiff and Cross-defendant moved to dismiss the amended cross-claim. [*See* Doc. 54.] This Court granted in part and denied in part that motion. [Doc. 54 at 8–9.] In that order, this Court ruled that it would set a deadline for Defendants to file an amended cross-claim after it ruled on Defendants' then-pending motion to amend the complaint to add a new party. [Doc. 54 at 9.] The Court ruled on Defendants' motion to amend on June 25, 2020. [Doc. 67.] The Court ordered that Defendants were to file their amended Cross-claim by July 6, 2020. [Doc. 67 at 5.] The response to that cross-claim will not be due until July 20, 2020. *See* Fed. R. Civ. Pro. 12(a)(4). Plaintiff and Cross-defendant anticipate that they may file a motion to dismiss the second amended cross-claim. Under the Local Rules, the first date on which this Court would hold a hearing on that motion is August 21, 2020. That is one day after the non-expert discovery cutoff. Further, if the motion is taken under submission, and not ruled upon by August 21, the decision on that motion will extend even farther beyond the discovery cutoff.

2.      **The Parties have extensively met and conferred on discovery and continue to work productively toward exchanging information.** The Parties' attorneys met and conferred extensively via video chat on June 17, 2020. During that call, the Parties were able to come to agreements regarding a wide variety of ongoing discovery disputes. [*See* Doc. 66.] Part of that agreement provided Defendants additional time to determine the acceptability of certain terms of a discovery process where Plaintiff would access Defendants' Facebook accounts to determine what data is in those accounts. [*Id.*] Specifically, Defendants have twenty-one days from June 24, 2020, until July 15, 2020, to offer a counter-proposal. [*Id.*] It may be necessary for the Parties to exchange subsequent proposals before they come to a final agreement on this discovery process. These ongoing negotiations may affect other discovery exchange between the Parties as well.

3.      **No party would be prejudiced by the continuance of these dates.** The Parties agree that the brief continuance will not prejudice them in this case. Instead,

it will serve to effectuate the full exchange of information contemplated by the Federal Rules of Civil Procedure. Further, upon completion of thorough discovery, the Parties will possibly be better suited to address settlement.

Based on these agreements and the facts stated herein, the Parties stipulate to the dates set forth in section A, above. They jointly and respectfully request that this Court modify the scheduling order accordingly.

Dated: July 1, 2020                                    **RMO LLP**

                                                       _/s/ David G. Greco_
                                                       David G. Greco (SBN 299635)
                                                       grecod@rmolawyers.com

Dated: July 1, 2020                                    **MORRIS LAW FIRM, APC**

                                                       _/s/ Jacob A. Gillick_
                                                       Jacob A. Gillick, Esq. 312336
                                                       jgillick@morrislawfirmapc.com

**Signature Certification:**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Jacob Gillick, counsel for Defendants and that I have obtained Mr. Gillick's authorization to affix his electronic signature to this document.

Dated: July 1, 2020                                    **RMO LLP**

                                                       _/s/ David G. Greco_
                                                       David G. Greco