# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., | Case No. 19-cv-1018 DMS (LL) |
| Plaintiffs, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | |
| Defendants. | |
| AND ALL RELATED CROSS-CLAIMS. | |

Alex Andebeek's motion for attorneys' fees is currently scheduled for hearing on November 13, 2020. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the November 13, 2020 hearing is vacated.

**IT IS SO ORDERED**.

Dated: November 9, 2020

Hon. Dana M. Sabraw
United States District Judge