# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL VENTU HOLDING B.V., | Case No. 19-cv-1018 DMS (LL) |
| Plaintiffs, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| ZEETOGROUP, LLC, SAMPLES.COM, LLC, AND TIBRIO, LLC, | |
| Defendants. | |
| AND ALL RELATED CROSS-CLAIMS. | |

The motion for summary judgment or partial summary judgment filed by Global Ventu and Alex Andebeek is currently scheduled for hearing on April 23, 2021. The Court finds this matter suitable for decision without oral argument

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

pursuant to Civil Local Rule 7.1(d)(1).  Accordingly, the April 23, 2021 hearing is vacated.

**IT IS SO ORDERED**.

Dated:  April 16, 2021

Hon. Dana M. Sabraw, Chief Judge
United States District Court